

One South Pinckney Street
Suite 700
Madison, WI 53703

P.O. Box 1806
Madison, WI 53701-1806

Phone  608.257.3501
Fax  608.283.2275

**J. Donald Best**
Direct  608.283.2272
Email  jdbest@michaelbest.com

May 5, 2005


**VIA PROCESS SERVER**

David M. Hall
533 Jasmine Lane
Auburn, AL  36830

Re:    *Eric Wasinger v. Levi Strauss & Co.*
       Case SA-01-CA-01056-RF

Dear Dr. Hall:

Enclosed you will find a Subpoena seeking documents with regard to the above-referenced litigation. This week, I conferred with Mr. Wasinger's attorney, Eric Cernyar, to advise him that we would be serving you with this Subpoena. As you will see, the Subpoena calls for the production of documents at a location in Auburn, Alabama on June 6, 2005 at 10:00 a.m. If you would prefer, you may avoid appearing at that place and time by sending the documents to me at the address indicated above via overnight courier for arrival by June 6, 2005.

Very truly yours,

MICHAEL BEST & FRIEDRICH LLP

J. Donald Best
Attorney for Levi Strauss & Co.

JDB/sk
Enclosure
cc:    Eric W. Cernyar, Esq. (via Fed Ex w/encl.)
       Peter G. Carroll, Esq.

# United States District Court
## Middle District of Alabama
### Eastern Division

Eric Wasinger,

      Plaintiff,

      v.

Levi Strauss & Co.,

      Defendant.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] SA-01-CA-01056-RF
Western District of Texas
San Antonio Division

TO:    David M. Hall
      533 Jasmine Lane
      Auburn, AL 36830

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): See attached Exhibit A.

| PLACE  Jason Griggs/Southeast Private Investigations  212 Dogwood Dr.  Auburn, AL 36830    Ph: 334 444-0774 | DATE AND TIME  June 6, 2005; 10:00 a.m. |
|---|---|

☐ YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant)  J. Donald Best (Attorney for Defendant) (608) 257-3501  Michael Best & Friedrich LLP  One S. Pinckney St., Suite 700  Madison, WI 53703 | Date  5-5-05 |
|---|---|

Issuing Officer's Name, Address, and Phone Number

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Next Page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Exhibit A to Hall Subpoena Duces Tecum

DEFINITIONS

For purposes of these requests, the following words and phrases have the meanings indicated:

A.     The term "'510 Patent" refers to United States Patent No. 5,366,510, on which you are a named co-inventor (for your convenience, a copy of the '510 patent is attached).

B.     "Levi" means Levi Strauss & Co., the defendant in a patent infringement lawsuit brought by your co-inventor, Mr. Eric Wasinger.

C.     The term "Licensed Patents" refers to United States Patent Nos. 5,366,510, 5,531,796, and/or 5,711,764.

D.     The term "Product/Method" shall mean any product or method embodying any invention claimed in the '510 Patent.

E.     "Person" includes any natural person, corporation, association, firm, partnership, sole proprietorship or other business, legal or governmental entity or subdivision thereof. Reference to any person herein includes that person's agents, attorneys, employees, officers, directors or others acting on behalf of such person.

F.     "Prior Art" means knowledge, use, and public disclosures in the United States, descriptions in patents, printed publications, or abstracts anywhere in the world, and public uses, offers for sale or sales of the claimed subject matter of the '510 Patent prior to the patent application filing date of the '510 Patent, including without limitation, any Prior Art relating to any Product/Method.

G.     "Document" is used in its broadest sense, and thus includes without limitation any written, printed, recorded or graphic matter that is in your actual or constructive possession or

control, regardless of the medium on which it is produced, reproduced or stored, including but not limited to, e-mails and other items stored electronically.

      H.      In addition to calling for the production of the specific item(s) referenced in the requests, the words "concerning" or "concern" also call for the production of other material referring to, alluding to, responding to, relating to, connected with, commenting on, in respect of, about, regarding, discussing, showing, describing, mentioning, respecting, analyzing, constituting, embodying, evidencing or pertaining to those specific items referenced.

      I.      "Communication" means and includes any written, oral, telephone or other inquiry, representation, discussion, conversation, negotiation, agreement, understanding, meeting, letter, memorandum, note, telegraph, telex, computer transmission, e-mail, advertisement or interview and any document concerning any such communication, including drafts.

      J.      "And" and "or" should be constructed either conjunctively or disjunctively, whichever makes the request more inclusive.

      K.      The term "including" means "including but not limited to."

## INSTRUCTIONS

1.       You are required to produce the original of each document and tangible thing described below or, if the original is not in your possession, custody or control, then a copy or reproduction thereof, and in any event, all non-identical copies which differ from the original or from the other copies produced for any reason, including the making of notes thereon or alterations thereto.

2.       This request relates to all documents and tangible things in your possession, custody or control, including documents and tangible things in your possession or the possession of your employees, attorneys, representatives, agents, investigators, or other persons acting or purporting to act on your behalf (including experts retained by you or your attorneys).

3.       Each document shall be produced in such a fashion as to indicate clearly the identity of the file in which it was located, where applicable, by producing a copy of the file folder immediately in front of the document contained in the file or a log identifying the file in which each document was maintained.

4.       Documents shall either be produced as they are kept in the usual course of business, or be organized and labeled to correspond with the categories in this demand.

5.       If you know of the existence, past or present, of any document or tangible thing described in the following requests, but are unable to produce such document or tangible thing because it is not presently in your possession, custody or control, then identify each and every such document or tangible thing, state that it is not presently in your possession, custody or control, and state what disposition was made of it, by whom, the date(s) or approximate date(s) on which such disposition was made and why such disposition was made, and the identity of the person(s) who now has or may have possession, custody or control.

3

## DOCUMENT REQUESTS

1. All documents concerning the use of a reducing agent to decolorize and/or desize fabric and/or garments, including any experimentation or testing conducted by you, Mr. Wasinger or any person anywhere in the world, and including but not limited to any experiments or tests performed in the early 1990's at Levi's San Antonio facility or elsewhere.

2. All documents concerning the conception and/or reduction to practice of any invention claimed in the '510 Patent (for your convenience, a copy of the '510 Patent is attached).

3. All documents concerning the preparation or prosecution of United States Patent Application Serial Number 895,920, from which the '510 Patent issued.

4. All documents concerning the preparation or prosecution of United States Patent Application Serial Number 137,369, from which United States Patent No. 5,531,796 issued.

5. All documents concerning any Prior Art to the '510 patent, including any publications (whether by you or others) regarding the use of reducing agents with dyed and/or sized fabrics and/or garments prior to June 9, 1992.

6. All documents concerning any litigation or other civil proceeding involving the '510 Patent.

7. All documents concerning any communication or writing by you, whether published or unpublished, regarding the use of reducing agents with dyed and/or sized fabrics and/or garments.

4

8.    All books, papers, articles, and writings you have published or presented, including, but not limited to, those listed in the resume marked as Exhibit 15 to your deposition in this matter (a copy of which is attached hereto).

9.    All documents concerning any search you performed, or had performed on your or Mr. Wasinger's behalf, prior to July 14, 1993 regarding any potential pertinent Prior Art regarding your patent application identified as U.S. Patent Application Serial No. 895,920 (the Application which led to the issuance of the '510 Patent), including, but not limited to all documents reviewed, identified or created during any such search.

10.   Each and every patent or other prior art reference brought to your attention by any third party contending such patent(s) or reference(s) were relevant to or limited in any way the validity, scope, or enforceability of the '510 Patent.

11.   All documents, including but not limited to printed publications, that describe all or part of the subject matter claimed and/or described in the '510 Patent.

12.   All documents which show any contribution you made to the inventions claimed in the '510 Patent.

13.   All documents concerning the alleged infringement of the '510 Patent by Levi Strauss.

14.   All documents concerning any efforts (whether successful or unsuccessful) to license, sell, assign or transfer any interest in the '510 Patent and/or the technology disclosed in the '510 Patent, to any Person.

15.   All documents concerning any consideration, whether royalty payments, cross-licenses or monies you received, related to the '510 Patent, including documents concerning the determination of royalty payments or other consideration received.

16.   All documents concerning any licenses offered, negotiated or entered into for any patent or technology owned in whole or in part by you relating to desizing and/or decolorizing fabric and/or garments.

17.   All documents concerning marketing, advertising, or sales relating to the '510 Patent and/or the technology disclosed in the '510 Patent, including but not limited to any communications with any Person regarding such matters.

18.   All documents concerning any cost advantages (if any) of using any Product/Method of the '510 Patent over other methods or processes used to desize and decolor garments.

19.   All documents concerning any Product/Method which you believe infringes the '510 Patent.

20.   All documents concerning assignment by you of your ownership interest in the '510 Patent, including communications relating to the assignment and any consideration received or paid for the assignment.

21.   All documents concerning your prior, current and/or ongoing financial or monetary interest, if any, in the '510 Patent, the Licensed Patents, and/or the legal action between Wasinger and Levi, including any agreements related thereto.

22.   All documents which you believe support the validity of the '510 Patent, including any evidence of novelty and/or non-obviousness.

23.   All documents concerning any communications you have had relating in any way to the lawsuit between Wasinger and Levi, including but not limited to any communications on any issue relating to the lawsuit with Wasinger and/or any attorney or expert for Wasinger, and including all drafts of any expert report(s) or other document(s) prepared in conjunction with the lawsuit.

6

24.   All textbooks used in the courses you taught at Auburn University.

25.   All written materials (including but not limited to syllabi; handouts; course readers; and class, personal, and lecture notes) used in the courses you taught at Auburn University.

26.   All written materials used in the course(s) entitled "Preparation Dyeing and Finishing" and/or Preparation Dyeing and Finishing of Textiles you taught at Auburn University.

27.   All copies within your possession, custody or control of "The Chemical Technology of Dyeing and Finishing" and "Dyeing and Chemical Technology of Textile Fibers" by E.R. Trotman.

28.   All copies in your possession, custody or control of the Wellington Sears Handbook of Industrial Textiles.

29.   Any and all agreement(s), including but not limited to confidentiality agreement(s), pertaining to work performed on behalf of, in conjunction with, or at facilities of Levi Strauss.

30.   All documents provided to or received from Levi Strauss or any Levi Strauss employee, agent, or representative pertaining to the finishing, colorizing, decolorizing, sizing, desizing or processing of fabric and/or garments, or to the subject matter disclosed by the '510 Patent.

US005366510A

## United States Patent [19]

### Wasinger et al.

[11] Patent Number: 5,366,510

[45] Date of Patent: Nov. 22, 1994

[54] **PROCESS FOR DESIZING AND COLOR FADING GARMENTS**

[75] Inventors: **Eric Wasinger**, P.O. Box 886, Adamsville, Tenn. 38310; **David Hall**, Auburn, Ala.

[73] Assignee: **Eric Wasinger**, Adamsville, Tenn.

[21] Appl. No.: **395,920**

[22] Filed: **Jun. 9, 1992**

[51] Int. Cl.$^5$ .......................... D06L 3/02; B01D 19/00
[52] U.S. Cl. .......................................... 8/110; 8/111; 252/188.1; 252/188.21; 252/188.22
[58] Field of Search ................................ 208/110, 111; 252/188.1, 188.21, 188.22

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,231,890 | 11/1980 | Yagi et al. | 252/186 |
| 5,118,322 | 6/1992 | Wasinger et al. | 8/111 |
| 5,171,332 | 12/1992 | Spencer, III | 8/111 |
| 5,199,957 | 4/1993 | Pascoe | 8/478 |

#### OTHER PUBLICATIONS

Hawley's Condensed Chemical Dictionary 11th Ed 1990 Van Nostrand Reinhold Publ., p. 947, "Polyvinyl-pyrroidone".

*Primary Examiner*—Johann Richter
*Attorney, Agent, or Firm*—John Lezdey

[57] **ABSTRACT**

A process for desizing an/or color fading of fabrics and garments utilizing a reducing agent. The process is particularly for pretreating fabrics which are subsequently decolorized with oxidizing agents.

**13 Claims, No Drawings**

5,366,510

3

The compounds which are especially useful for reducing sulfur dyes include sodium hydrosulfite, sodium hydrosulfide and sodium sulfide.

Other suitable reducing agents include arsenious oxide and titaneous sulfate, which is useful for reducing reactive dyes.

Advantageously, sodium or zinc sulfoxylate formaldehyde is used under either acidic or basic conditions and sodium hydrosulfite is used under basic conditions.

The garments or fabrics to which the present may be applied comprise both natural and/or synthetic fibers including cotton, linen, other bast fibers, rayon, wool, polyester, rayon, alone or in combination with other natural or synthetic fibers.

Preferably, the garment or fabric is desized and/or decolorized without causing degradation of the fabric.

The type of dye used on the garment is not critical. It is only important that the dye is reactive with the reducing agent where intended. Cellulose substantive dyes, such as vat dyes, which are common in the garment industry, are preferably used. Exemplary of the dyes which are or can be made to be substantive to cellulose that can be used include Acid Light Scarlet GL, and acid leveling dye, Sevron Brilliant Red 2B, indigo vat dye, a cationic dye, Sulfonine Brilliant Red B, and anionic dye, Brilliant Milling Red B, C. I. Disperse Blue, pyrazolone azomethine dye, hydroxy azo dyes, or the like. Other suitable dyes that can be used are identified in the paper of Charles B. Sweeney entitled, "Identifying a Dye can be Simple or it can Involve Hours of Laboratory Analysis", Textile Chemist and Colorist, Vol. 2, No. 1, January 1980, pp 26/11, which is incorporated herein by reference.

The garments may be colored (dyed) with one or more dyes. Utilizing dyes of differing degrees of reactivities provides the garment with zones of different appearances or effects. For example, faded, stone washed, ice-washed, sand blasted or mottled effects may be obtained. The same effect can be achieved by utilizing blocking agents. The blocking agents may comprise organic materials such as hydrocarbon oils, greases or waxes or inorganic materials such as clay which are not reduced. Masking tape, or other coverings may be used.

The blocking agent can also be any chemical agent which itself is reduced with the reducing agent but prevents or blocks a dye or portion of a dye on the fabric from becoming decolorized.

In a preferred operation of the process of the invention the garments or fabrics are placed in a washer-extractor which is similar to the type that would have been utilized in a conventional desizing operation utilizing an enzyme. The washer-extractor is then filled with water having an elevated temperature, that is, about 120° to 185° F. The higher the temperature the greater the discoloration. It is understood that at the higher temperatures the reducing agent selected must have a requisite temperature stability. The pH of the bath is adjusted according to the type of reducing agent utilized. The reducing agent is then added to the bath. The bath is normally agitated for about 0.3 to 1.0 hour and then the water is extracted and the garments or fabrics are rinsed with water. The garments or fabrics can then be further processed if desired.

The amount of reducing agent utilized is determined by the type of reducing agent utilized and the effect desired. For example, in a commercial size washer-extractor in which about 180 denim jeans are to be

4

desized, when thiourea dioxide is the reducing agent, about 0.75 lbs is used in a bath containing 260 gal. of water to achieve a light blue effect. While 1.5 lbs gives a pale blue effect. With sodium hydrosulfite as the reducing agent, about 1.75 lbs is utilized to achieve a similar result. It is understood that compounds such as polyvinylpyrrolidone can be added to the system to prevent redeposition of the dye removed from the garments during reduction.

The invention is particularly useful in preparing fashion garments such as faded denim blue jeans, and the like, without the use of harsh chemical bleaches or the abrasive effects of stones, pumice, sand or the like.

The reducing agents are particularly effective where the sizing comprises a starch, starch derivative or a modified starch.

Denim blue jeans and jackets which have been faded, "stone-washed", ice washed, and/or sand blasted to produce a particular appearance are very popular. However, to produce the desired effect it has been necessary to utilize processes which cause substantial deterioration or degradation of the fabric. Bleaching solutions containing chlorine or actual pelleting of the garment with sand or stones to produce a fashion effect causes damage to the fabric which affects its wear life.

Special effects can also be achieved by selectively treating the garment with dyes having different degrees of reactivity. The non-reactive or lesser reactive dyes may be applied by spraying, brushing, dipping, or the like. In a similar manner reducing agents can then be applied.

The application of reducing agents to garments by stones soaked in these reagents also provides a means of modifying the color of the garments and of modifying the texture of the garment. The stones, such as pumice stones, that are ordinarily used in stone washing, can be soaked in a suitable reducing solution and then tumbled with the garment. The areas which are touched by the stones would undergo greater decolorization so that a color differential would occur on the garment. The pattern and the decolorization differential may be varied by utilizing stones which have been treated with different types of reducing agents.

The following examples are illustrative of the practice of the method of the present invention. It will be understood, however, that is not to be construed in any way limitative of the full scope of the invention since various changes can be made without departing from the spirit of the teachings contained herein in light of the guiding principles which have been set forth above. All percentages stated herein are based on weight except wherein otherwise noted.

### EXAMPLE 1

Into a 500 gal. capacity rotary drum washer-extractor was placed 180 blue dyed denim jeans containing a starch sizing. 350 gal. of water at a temperature of 175° F. is added to the washer-extractor. The drum is rotated and 0.75 lbs of thiourea dioxide together with 2.0 lbs of 50% sodium hydroxide is added. The drum was rotated for about 20 minutes and the water was extracted. The garments were then rinsed twice with 220 gal. of cold water and spun to extract the water.

The resulting garments were all desized and decolorized to a very light blue. When 1.5 lbs thiourea and 4 lbs 50% NaOH is added a pale blue color was obtained. If an even lighter color is desired the process can be re-

5,366,510

5

peated for 10 minutes prior to rinsing since concurrent desizing is not necessary.

The garments can be further decolorized by subjecting them to a standard bleaching operation or by treatment with ozone.

### EXAMPLE 2

The procedure of Example 1 was followed except that in lieu of 0.75 lbs of thiourea dioxide and the sodium hydroxide there was utilized 3.0 lbs of sodium sulfoxylate formaldehyde and sufficient citric acid to give a pH of 4.0–4.5 (buffered with sodium citrate) or acetic acid (56%) buffered with sodium acetate at a temperature of 180°–185° F.

The resulting garments were all desized and decolorized to a pale blue.

### EXAMPLE 3

A concentrated solution of sodium hydrosulfite was prepared and approximately two pounds of pumice stones were soaked in the solution for one hour. Two enzyme desized denim jeans which were wetted in a 2% sodium hydroxide bath were inserted into a Unimac sample garment dyeing machine. The stones were removed from the solution and inserted into the machine which was rotated at the speed of forty cycles per minute for 7 minutes.

The garments were then washed in a standard home type washer and dried.

The garments were lightened and had a soft hand. The garments gave the appearance of being acid washed.

### EXAMPLE 4

The procedure of Example 1 was followed except that 5 lbs sodium hydrosulfite and 10 lbs of 50% NaOH were employed along with 7 lbs of a 40% solution of polyvinylpyrrolidone. The mixture was heated and rotated to 130° F. for 25 minutes.

The resulting garments were all desized and decolorized to a pale blue.

What is claimed is:

6

1. A method for simultaneously desizing and decolorizing a dyed fabric or dyed garment having a sizing and a reducible dye which comprises treating said fabric or garment with an effective amount of reducing agent in an aqueous bath whereby the fabric or garment is both desized and decolorized prior to any subsequent oxidation or bleaching.

2. The method of claim 1 in which the bath also contains a dye complexing agent.

3. The method of claim 2 wherein said dye complexing agent is polyvinylpyrrolidone.

4. The method of claim 1 wherein the temperature of the bath is about 120° to 180° F.

5. The method of claim 1 wherein said reducing agent is selected from the group consisting of sodium hydrosulfite, thiourea dioxide and sodium sulfoxylate formaldehyde.

6. The method of claim 5 wherein said reducing agent is sodium hydrosulfite and said fabric or garment is in aqueous bath under basic conditions.

7. The method of claim 5 wherein said reducing agent is sodium sulfoxylate formaldehyde and said fabric or garment is in an aqueous bath under acidic conditions.

8. The method of claim 1 wherein said coloring agent is a dye or pigment.

9. A method for decolorizing a fabric or garment having a reducible dye which comprises tumbling said fabric or garment with an effective amount of absorbent stones containing a reducing agent to cause decolorization prior to any subsequent oxidation or bleaching.

10. The method of claim 9 wherein said reducing agent is selected from the group consisting of sodium hydrosulfite, sodium sulfite, sodium thiosulfate and sodium sulfide.

11. The method of claim 9 wherein said dye is a sulfur dye.

12. A method for decolorizing a fabric or garment which comprises treating said fabric or garment with an effective amount of reducing agent in an aqueous bath at a temperature about 120° to 180° F. to cause desizing prior to any subsequent oxidation or bleaching.

13. The method of claim 12 wherein said sizing comprises a starch, starch derivative or modified starch.

* * * * *

RESUME'

DAVID MICHAEL HALL

Professor Emeritus, Department of Textile Engineering
School of Engineering
Auburn University

EDUCATIONAL BACKGROUND

Ph.D., Polymer and Fiber Chemistry, University of Manchester, 1964
(ENGLAND)
M.S., Textile Chemistry, Clemson University, 1962.
B.S., Textile Chemistry, Auburn University, 1958.

PROFESSIONAL EXPERIENCE

*Professor Emeritus, September 1994.*
Professor, Department of Textile Engineering, Auburn University,
June 1976-Present (Tenured: 1968).
Military Service, U.S. Army corps of Engineers, Commissioned 2nd
Lt., March 14, 1958; Present rank, Col. USAR-Department of Army
Research and Development Command (DARCOM) (General Staff) (Active
duty April, 1958-October 1958).
Technical Advisor for Color Operations, Film Division, American
Viscos Corporation, Fredricksburg, Virginia, 1958/1960.
Celanese Corporation of America Fellow, Clemson University,
South Carolina, 1960/1962.
Applications Research, Dyeing and Finishing, Chemstrand Company,
Decatur, Alabama, 1962.
Half Demonstrator, Polymer Chemistry, University of Manchester,
England, 1962/1964.
Post-Doctoral Fellow, Swiss Federal Institute of Technology, Zurich
1964/1965 (Professor Dr. H. Zollinger - "Module Compounds of
Cellulose").
Associate Professor, Department of Textile Engineering, Auburn
University, 1965/1976, Professor, 1977/Present.
Consultant to Alabama State Toxicology Laboratories on
Identification of Textile Materials, 1965/Present.
Consultant to various Textile and Textile Related Industries
through University Consultants Division of Optimal Systems,
Incorporated, 1969/Present.
Consultant to Textile and Pulp and Paper Industries through
Harmon Engineering, 1970/Present.
Consultant to the Textile Industry through Context, 1972/Present.
Registered Professional Engineer, Alabama, Georgia and Mississippi.
Summer Internship - Research and Development, AVTEX Fibers, Front
Royal, Virginia, June 18-August 31 (11 weeks) 1979.
Summer Internship - WestPoint Pepperell, Inc., Research Division,
Shawmut, Alabama, Summer 1985.
Summer 1989 - Research Consultant (Summer Internship) Dow Chemical
Company, Freeport, Texas.
University Sabbitical - Jan.-Dec. 1992



DEPOSITION
EXHIBIT
15
EDDIE MORRIS
COURT REPORTERS, INC.
(210) 698-2727

DAVID MICHAEL HALL  (CONTINUED)

MAJOR HONORS AND AWARDS

> Avondale Textile Scholarship (Four years) 1954/1958
> Phi Psi, Textile Honorary and Professional Fraternity, 1958
> Celanese Corporation of American Fellowship, (Two years) 1961/196:
> British Empire Fellowship (Two years) 1963/1964
> Post Doctoral Fellowship to Swiss Federal Institute (One year)
> Elected to Tau Beta Pi (Under the Eminent Engineer Status) 1970
> Elected to Omicron Delta Kappa (Faculty status) 1974
> Elected *Fellow* of the Textile Institute (1974)
> Elected Pi Tau Sigma (Honorary) 1975
> Elected Phi Kappa Phi (1976)
> Elected *Fellow* of the Society of Dyers & Colorists (1980)
> Rayon Acetate Council Lecturer - 1988 & 1989
> Recipient of the R&D 100 award for research (1989)

BIOGRAPHICAL LISTINGS

Who's Who in the United States  -  Personalities of the South
Who's Who in the South & Southwest  -  Men & Women of Achievement
Who's Who in North America  -  Who's Who in Technology Today
Dictionary of International Biography
The International Register of Profiles
Notable Americans of the Bicentennial Era
Who's Who in American Men & Women of Science

EVIDENCE OF TEACHING COMPETENCE

Dr. Hall has published three textbooks in the courses which he
teaches (TE 319, "Chemical Testing of Textiles", "Practical Fiber
Identification," and TE 405, "Warp Preparation"). Prior to the
publication of these textbooks the courses were taught using
staff notes only. All textbooks are in their third printing and
are used by the other textiles schools. One is being used at San
Diego State, among other universities. In addition, he has
published "Lecture & Study Notes" for two additional courses ("Man
Made Fibers" and "Preparation, Dyeing and Finishing of Textiles").
Dr. Hall is a member of the following school and other committees
concerned with effective teaching:
- Effective Teaching Institute Committee (Southeastern section of
  ASEE-RMS Division). He has attended the Effective Teaching
  Institute for the past eight years (since 1971).
- School of Engineering Teaching Effectiveness Committee (Appointed
  1974). Upon request of Head of the Mechanical
  Engineering Department, he has taught the course ME 202
  "Engineering Materials Science Structures": on a periodic basis.
  He has taught EGR 100 "Engineering Perspectives" each time it
  has been offered. This course is taught over and above the normal
  teaching load and is designed to expose Freshmen Engineering
  students to "real" engineering problems.

DAVID MICHAEL HALL    (CONTINUED)

EVIDENCE OF TEACHING COMPETENCE    (CONTINUED)

- Auburn University - Teaching Effectiveness Committee, (appointed 1993-1996)

  Student evaluation rated Dr. Hall on overall rating of 4.7 out of a possible 5.0.

  He has carried out a vigorous program of exchanging course assignments with other members of the department in order to keep abreast of the new developments in the field and improve instructional quality of the courses as well as add to his own professional development.

  He was voted as Outstanding Textile Engineering Faculty member by the students on/and the Inaugural Voting of this award in February 1978 and again in 1980, 1982, 1984, 1986 and 1989. This award cannot be won in successive years.

PUBLICATIONS AND RESEARCH WRITINGS

THESIS

"An Investigation of the Preparation of Cellulose Derivatives Which May Be Used for Synthesis of Cellulose Model Compounds, M.S. Thesis "Clemson University, 1962.

"A Study of Some Polyester-Urethane Block Co-Polymers," Ph.D., Thesis, Victoria University of Manchester, (England) 1964.

BOOKS

Technical:

*Theory and Practice of Textile Slashing* (ATOE Monograph #1) J.C. Farrow, D.M. Hall and W.S. Perkins, editors; Alabama Textile Operating Executives and the Textile Engineering Department, Auburn University, 1972.

*Chemical Testing of Textiles, A Laboratory Manual*, Fourth Edition, Textile Engineering Department, Auburn University, 1981. vi + 327 pages (paper bound) Previous Editions - 1973, 1974, 1977).

*A Teachers Manual for Measuring and Improving the Efficiency of Boilers.* Alabama Energy Extension Service, Auburn University, Auburn, Alabama 36849 (With P.D. Chancellor, D.F. Dyer, G. Maples and T.T. Maxwell). (80 pages plus 161 35mm slides), 1980.

*End Use of Steam* (Book published by the Mechanical Engineering Department and Engineering Extension Service, Auburn University), 1980, 95 pages, (paper bound) [Co-authored with others].

DAVID MICHAEL HALL   (CONTINUED)

PUBLICATIONS AND RESEARCH WRITINGS   (CONTINUED)

*Proceedings of the 2nd Symposium on Solving Tufted Textile Problems (A Practical Approach)*, held at Auburn University, December 8-9, 1981, paper bound, Auburn University Printing Service [Co-editor with Robert P. Walker].

Three chapters were authored for the Wellington Sears Handbook of Industrial Textile. They were entitled: Chapter 2, Natural and Man Made Fibers; Chapter 4, Slashing; Chapter 20, Textile Testing, 1995.

Non Technical:

*Once Upon a Time: History of the Emory Chapel Community of Chambers County, Alabama, 1832-1976*, Auburn University Printing Service, Auburn, Alabama, 36849, 1976, 500 pp.

PAMPHLETS

Technical:

*Guide to the Literature on Textile Engineering and Textile Science*, American Society for Engineering Education, Engineering School Libraries Division Washington, D.C., 1972. (With N. Achee, Jr. and C.C. Persons).

*Non Technical:*

*Lee County: How It All Began*, Auburn University Printing Service, Auburn, Alabama, 1976, 16 p. (With H. Ray Black).

BOOKLETS

*Practical Fiber Identification*, Auburn University, Auburn, Alabama, 36849, 75 pages (paperbound) 1970.   Reprinted 1977; 2nd Edition 1982.

*Preparation Dyeing & Finishing of Textiles - Lectures & Study Aids*, Series 1977, Textile Engineering Department, Auburn University Printing Service, Auburn, Alabama 36849. (Also Series 1978 - 105 pages, paper bound) [With W.S. Perkins].

*Textile Fibers - Lecture & Study Aids*, Series 1978, Textile Engineering Department, Auburn University Printing Service, Auburn, Alabama 36849 (125 pp. paper bound) [With Roy M. Broughton].

*Water Manual for Boiler Operation*, Department of Textile and Mechanical Engineering, Auburn University, Auburn, Alabama 36849; 1979, 36 pp., (paper bound).

4

DAVID MICHAEL HALL   (CONTINUED)

PUBLICATIONS AND RESEARCH WRITINGS   (CONTINUED)

*Fuel Oil Manual for Boiler Operation*, Department of Textile and Mechanical
   Engineering, Auburn University, Auburn, Alabama 36849, 1979, 45 pp.
   (paper bound).

DAVID MICHAEL HALL   (CONTINUED)

UNITED STATES PATENTS

| Patent Number | Description | Issue Date |
|---|---|---|
| 4,643,931 | Method and Materials for Manufacture of Antistatic Carpet Having Tufts Containing Electroconductive Carbonized Filaments or Fibers (with F.P. McCullough) | 2/17/87 |
| 4,756,941 | Improved Method and Materials for Manufacture of Antistatic Carpet and Backing (with F.P. McCullough) | 7/12/88 |
| 4,837,076* | Carbonaceous Fibers with Spring-like Reversible Deflection and Method of Manufacture (with F.P. McCullough) | 6/06/89 |
| 4,844,974 | Antistatic and Antislosh Flame Arresting Structure for use in Containers Holding Flammable Fluids (with F.P. McCullough; R.V. Snellgrove and E.R. Lane) | 7/04/89 |
| 4,869,962 | Asbestous Like Structures (with F.P. McCullough; E.R. Lane and B.C. Goswami) | 9/26/89 |
| 4,869,951 | Method and Materials for Manufacturing of Antistatic Cloth (with F.P. McCullough) | 9/26/89 |
| 4,879,168 | Flame Retarding and Fire Blocking Fiber Blends (with F.P. McCullough; F.W. Hale and R.V. Snellgrove) | 11/07/89 |
| 4,898,783 | Sound and Thermal Insulation (with F.P. McCullough, R.V. Snellgrove, R.L. Hotchkiss & J.R. McCullough) | 2/06/90 |
| 4,950,533 | Flame Retarding & Fiber Blocking Carbonaceous Fiber Structures & Fabrics (with F.P. McCullough and R.V. Snellgrove) | 8/21/90 |

*   Recipient of a R&D Award for 1989

6

DAVID MICHAEL HALL   (CONTINUED)

UNITED STATES PATENTS (CONTINUED)

| Patent Number | Description | Issue Date |
|---|---|---|
| 4,950,540 | A Method of Improving the Flame Retardant and Fire Blocking Character of Fiber Tows and Yarns (with F.P. McCullough, R.V. Snellgrove, and F.W. Hale) | 8/21/90 |
| 4,957,807 | Non Linear Aromatic Polyamide Fiber or Fiber Assemblies (with F.P. McCullough, R.V. Snellgrove and F.W. Hale) | 9/18/90 |
| 4,997,716 | Fire Shielding Composite Structures (with F.P. McCullough, J.M. Giroux, R.V. Snellgrove and F.W. Hale) | 3/05/91 |
| 4,999,385 | Carbonaceous Foams (with F.P. McCullough, K.W. and W.G. Stobby) | 3/12/91 |
| 5,006,125 | Process for Improving the Dyeability & Whiteness of Cellulosic Fibers (with R.T. Patton and J.D. Kitchens) | 4/09/91 |
| 5,024,877 | Fire Resistant Materials (with F.P. McCullough and R.V. Snellgrove) | 6/18/91 |
| 5,082,697 | Polymer Salt Complex for Fiber or Fabric Treatment (with R.T. Patton and W.L. Vaughn) | 1/21/92 |
| 5,015,522 | Multicomponent Fibers, Films and Foams (with F.P. McCullough and R.V. Snellgrove) | 5/14/92 |
| 5,118,322 | Ozone Decolorization of Garments (with E. Wassinger) | 6/02/92 |
| 5,266,225 | Lubricating Oil and Lubricating Oil Additives (with J.R. Hunt) | 12/30/93 |
| 5,312,678 | Camouflage Material (with F.P. McCullough and L.R. Novak) | 05/24/94 |
| 5,313,811 | Apparatus for Treatment of Dyed Garments and Fabrics with Oxidizing Gases (with E. Wassinger) | 05/24/94 |

7

DAVID MICHAEL HALL  (CONTINUED)

UNITED STATES PATENTS (CONTINUED)

| Patent Number | Description | Issue Date |
|---|---|---|
| 5,320,645 | Process for Imparting Wrinkle Resistance and Durable Press (with B.T. Logue) | 06/15/94 |
| 5,330,541 | Method For Salt Free Dyeing (with T.M. Leonard, C.D. Cofield and H.W. Barrow) | 07/19/94 |
| 5,362,759 | Process For Reclaiming Elastromeric Waste (with J.R. Hunt) | 11/08/94 |
| 5,366,510 | Process For Desizing and Color Fading Garments (with E. Wassinger) | 11/22/94 |
| 5,376,143 | Decolorization of Fabrics (with E. Wassinger) | 12/27/94 |
| 5,489,313 | Method for Salt-Free Dyeing (with T.M. Leonard, C.D. Cofield and H.W. Barrow) | 02/06/96 |
| 5,531,796 | Process for Desizing and Color Fading Garments (with Eric Wasinger) | 07/02/96 |
| 5,861,045 | Method of Dyeing Textiles | 1/19/99 |
| 5,989,296 | Solvent Process For Recovering Indigo Dye From Textile Scrap (with R. T. Patton) | 11/23/99 |
| 6,120,554 | Catalyzed Hydrogen Peroxide Bleaching of Dye Containing Cellulose Textiles (with R. T. Patton) | 9/19/00 |

DAVID MICHAEL HALL    (CONTINUED)

RESEARCH PAPERS

"Synthesis of Cellobiose Octaacetate, *Industrial and Engineering Chemistry.*
Product Research and Development, I (1962) pp. 285-287 (with Paul E.
Robbins).

"A Practical Oxidation of Nitromesitylene," *Journal of Organic Chemistry,* 27
(1962), p. 3705 (with R.F. Stockel).

"An Infrared Study of Cellobiose Derivatives," *Textile Research Journal, 32*
(1962), pp. 860-862 (with P.E. Robbins).

"Schmidt Reaction," *Nature, 197* No. 4869 (1963), pp. 787-788 (with R.F.
Stockel).

"A Scanning Electron Microscopy of Starch:  Part I. Root and Tuber
Starches," *Textile Research Journal, 39* (1969), pp. 1044-1052 (with J.G.
Sayre).

"A Scanning Electron Microscopy Study of Starch:  Part II. Cereal
Starches," *Textile Research Journal, 40* (1970) pp. 256-266 (with J.G.
Sayre).

"International Architecture of Potato and Canna Starches:  Part I.
Crushing Studies," *Textile Research Journal, 40* (1970), pp. 147-157 (with
J.G. Sayre).

"Durable Press Cotton Fabrics by Chemical-Mechanical Treatments," *Textile
Chemist and Colorist, 2* (1970), pp. 245-252 (with Glenn P. Morton and
J.D. Reid).

"4, 6-0-Alkylidene Derivatives of D-Glucose and Its Methyl Pyranosides:
An Improved Acetalation Procedure," *Carbohydrate Research, 72* (1970),
pp. 421-428, (with O.A. Stamm).

"Chemical/Mechanical Combination Treatments for Durable Press Cotton,"
*Proceedings of the Tenth Annual Cotton Utilization Conference,* New
Orleans: Southern Regional Research Laboratory, April/May 1970,
pp. 67-70 (with Glenn P. Morton and J.D. Reid).

"A Scanning and Transmission Electron Microscopy Study of Pool Boiling
Surfaces," *Proceedings of the Fourth International Heat Transfer
Conference,* Paris/Versailles: August 31-September 4, 1970 (with
G.H. Nix and R.I. Vachon).

"Effect of Filling Construction on the Abrasion Resistance of Cotton
Broad Cloth," *Textile Industries, 136,* #5 pp. 124-132, 1972 (with
G.P. Morton and J.D. Reid).

DAVID MICHAEL HALL  (CONTINUED)

RESEARCH PAPERS  (CONTINUED)

"New Routes to the Synthesis of 2, 3, 6 Tri-O-Substituted Methyl α -D Glucopyranosides: An Improved Synthesis of α -Hendecaacetyl Cellotriose: Carbohydrate Research 16, 1-7 (1971) (with T.E. Lawler).

"Effect of Excessive Crimp on the Tensile Strength and Compressive Properties of Polyester Fibers," *Journal of Applied Polymer Science 15*, pp. 539-1544 (1971) (with R.I. Vachon and G.H. Nix).

"Internal Architecture of Potato and Canna Starch:  Part II. Swelling Studies," *Textile Research Journal 41*, pp. 404-414 (1971) (with J.G. Sayre).

"Yellow-Dent Corn Starch: Effect of Chlorine Oxidation," *Industrial and Engineering Chemistry (Product Research and Development)* 10 pp. 171-175 (1971) (with Eric Van Patton, John L. Brown, Gordon H. Nix and Grady R. Harmon).

"A Scanning Electron Microscopy Study of Starch: Part III. Miscellaneous Starches," *Textile Research Journal 41*, pp. 880-895 (1971) (with J.G. Sayre).

"Practical Methods for Purifying Anionic Dyes as Their Sodium Potassium and Lithium Salts," *Textile Research Journal 43*, pp. 115-120 (1973) (with Warren S. Perkins).

"A Fundamental Study of the Sorption from Trichloroethylene of Three Disperse Dyes on Polyester," *Textile Research Journal 43*, pp. 115-120 (1973) (with Warren S. Perkins).

"A Fundamental Comparison of the Utility of Trichloroethylene and Perchloroethylene in the Application of Disperse Dyes to Polyester," *Proceedings of the AATCC Symposium - Textile Solvent Technology:  Up Date 1973.* American Association of Textile Chemists and Colorists, Atlanta, Georgia, January 10, 1973, pp. 49-57.  (with Warren S. Perkins).

"Model Compounds of Cellulose: Trityl Ethers Substituted Exclusively at C6 Primary Hydroxyls," *Journal of Applied Polymer Science 17*, 2891-2896 (1973) (with James R. Horne).

"A Comparison of Starch Granules as Seen by Both Scanning Electron and Ordinary Light Microscopy," *Die Starke-Starch 25*, pp. 119-123 (1973) (with J.G. Sayre).

"Preparation of Cellulose Triacetate and Cellulose Tricarbanilate by Non-Degradative Methods," *Journal of Applied Polymer Science 16*, pp. 3727-3732 (1973) (with James R. Horne).

DAVID MICHAEL HALL   (CONTINUED)

RESEARCH PAPERS   (CONTINUED)

"A Study of the Dyeing of Nylon 6 with Disperse Dyes from Chlorinat
Hydrocarbon Solvents," *Textile Research Journal 44,* (No. 7) pp. 528-53
(1974) (with Warren S. Perkins).

"A Practical Method for The Quantitative Analysis of Cotton/Kohjin
Blends," *Textile Chemist and Colorist 6* (No. 4) pp. 96-97 (1974)
(with Blaine C. Childress).

"Conservation of Water and Reduction of Pollution by Use of Solvent
Systems for Coloring Textile Materials: An Economic Outlook," *Water
Resources Research Institute Bulletin #20* (Auburn University) January,
1974 (with Warren S. Perkins).

"A Practical Synthesis of 1, 2, 3, 6-Tetra-O-Acetyla-$\alpha$ (and $\beta$-)
D-Glucopyranose and Their Use to Prepare Trisaccharides"; *Carbohydra
Research 38,* pp. 359-363, (1974) (with Terry E. Lawler and Blaine C.
Childress).

"Increasing the End-Point Resolution of the EDTA Titrimetric Method
for Determining Water Hardness," *Journal of Ground Water 14* (#1)
pp. 28-29 (1979) (with R.F. Smith).

"Detection & Removal of Cockleburs in Delinted Cottonseed by Staining o
the Ligneous Hull Using Selected Aromatic Amine Salts," *ASAE Transaction*
pp. 339-340 (1978) (with Warren S. Perkins).

"Use of Organic Solvents in Textile Sizing & Desizing" Final Report
Under EPA Grant R803665 (for Environmental Protection Agency) May
1977 i-viii + 68 pp. (with Warren S. Perkins, et. al).

"A Study of the Effect of Peroxide Concentration on Alkalinity
Variations in Bleaching on the Dyeability of Cotton Fabrics with
Direct Dyes" *Book of Papers* AATCC 1977 Technical Conference,
Atlanta, Georgia, 1977.  (Published by AATCC, Research Triangle Park,
North Carolina 27709 (with W.S. Perkins, et. al.).  See also *Textile
Chemists & Colorists 9* (No. 12) pp. 281-284 (1977).

"A Practical Sample Holder for Maximizing Peal Resolutions with X-ray
Diffractometry" *Textile Research Journal 49,* pp. 495-499 (1979) (with
B.H. Hajek and I. Hardin).

"The Effect of Reversing the Amide Chromaphore on Some Dye Properties of
the Naphthol AS Series" *Textile Research Journal 50,* (No. 11) Nov.,
1980, pp. 692-698.

"A Practical Synthesis of Methyl 4-6-0-Benzylidene-$\alpha$ and -$\beta$-D-
Glucopyranoside" Carbohydrate Research 86, pp. 158-160, (1980).

DAVID MICHAEL HALL   (CONTINUED)

RESEARCH PAPERS   (CONTINUED)

"Water Conservation by Mechanical/Chemical Treatments to Desize Textile Fabrics," *Water Resources Research Institute Bulletin 49*. Auburn University, Auburn, AL 36849, Sept. 1985 i-v & 26 pp. (with W.S. Perkins).

"Spun Yarn Lubrication: A Comparison of Overwax Application to Size Box Application," *Book of Papers*, AATCC International Conference and Convention, Atlanta, Georgia; October 27-30, 1986 (with R.S. Adams).

"Possible Causes for Shedding of Sized Yarns On The Loom" *Textile Research Journal 52*, No. 10 (Oct. 1987) pp. 614-615.

"Experimental and Numerical Characterization of the Radio Frequency Drying of Textile Fibers," *Journal Microwave Power and Electromagnetic Energy* (1990) pp. 104-113 (with Baginski, Broughton and Christman).

"Early British Textile Trade Goods in the Southern U.S.A. Circa 1750," *ARS Textrina 16*, (1991), pp. 193-200 (with W.G. Wilson, R.P. Walker and E.C. Mora).

"A Tale of Two Colleges:  Partnerships in Continuing Education Out-reaching Industry", Proceedings - *5th World Conference on Engineering Education*, Helsinki, Finland, June 2-5, (1992); Vol. 2, pp. 1117-1122 (with J.R. Wilbanks).

"Mechanisms of Yarn Failure", *Textile Research Journal, 62*, (3) pp. 131-134, (1992), (with R.M. Broughton and Y.E. ElMogahzy).

"The Use of Scanning Electron Microscopy for Problem Solving in Textiles", *Textile Chemist & Colorist 24 (No. 6)*, pp. 15-18, (1992) (with R.P. Walker and E.C. Mora).

"Ionomer Studies with Polyethylene - Acrylic Acid Copolymer Part I: Chemical and Physical Properties," *J. Applied Polymer Science 48*, pp. 1501-1513 (1993); (with R.M. Broughton).

"A Study of Polyethylene Acrylic Acid Copolymer Part II: Effects of Fiber Tensions on the Ion Absorption of PEAA Fibers" *J. Applied Polymer Science 47*, pp. 2079-2082, (1993), (with R.M. Broughton and R.C. Wilcox).

"Ionomer Studies with Polyethylene Acrylic Acid Copolymer Part III: Latex Dispersions for Improving the Tensile and Abrasion Properties of Textiles Containing Cellulose", *The International Journal of Clothing Science and Technology 5*, (2) pp. 20-25, (1993), (with R.M. Broughton).

12

DAVID MICHAEL HALL  (CONTINUED)

RESEARCH PAPERS  (CONTINUED)

``Thermal Properties of Novel Carbonaceous Fiber Battings'',  *J. of Fire Sciences 12* (May-June), pp. 238-245, 1994, (with Shanley, Slatten, Baginski and Broughton).

``A Study of Causes for Yellowing in Textile Materials'', *American Dyestuff Reporter 84, (#10)*, (1995),  pp. 22-31

``Finishing of Quaternized Cotton Fabrics'' *Book of Papers, 1996 International Conference and Exhibit,* American Association of Textile Chemist and Colorist, September 15-18, Opryland Hotel, Nashville, Tennessee,  (1996.

``Thermal Mechanical Analysis (TMA) and Yarn Shrinkage as Methods to Determine Heat Setting in Nylons'', *American Dyestuff Reporter 87, (#3)*, (1998), pp. 34-41,  (with C.K. Rollins and K. L. Cowart).

``Using Light and Scanning Electron Microscopic Methods to Differentiate Ibex Goat and Tibetan Antelope Fibers'', *Textile Res. Journal 69, (#11)*, pp. 856-86, (1999), (With C. K. Rollins)

13

1

DAVID MICHAEL HALL   (CONTINUED)

STATE OF THE ART PAPERS

"The Chemistry of Reactive Dyestuffs and Their Application to Textile Materials," *American Dyestuff Reporter 51* (1962) pp. 811-819 (with B.J. Rueben).

"A Comparison of Indian and American Textile Educations," *The Indian Textile Journal,* (April 1962), 1-6 (with S.R. Khanna).

"Epoxides and Their Use in the Textile Industry (Part I)," *Textile Recorder 80, #958,* pp. 57-59 (1962) (with B.J. Rueben). ·

"Epoxides and Their Use in the Textile Industry (Part II)," *Textile Recorder 80, #959,* pp. 53-55 (1963) (with B.J. Rueben).

"Suggestions for Students Desiring to Study in the United Kingdom," *The Indian Textile Journal,* (April 1963) pp. 33-304 & 334 (with S.R. Khanna).

"Dyeing of Regenerated Cellulose Film," *Melliand Textileberichte 43,* (1963) pp. 495-499.

"A Photomicroscopy Study of Starch," *Proceedings of the Eight Annual Textile Slashing Seminar,* Auburn, Alabama: Auburn University Department of Textile Engineering, September 1968, pp. 120-133.

"An Electron Microscopy Study of Fibers and Starch," *Proceedings of the Eighth Annual Textile Slashing Seminar,* Auburn, Alabama: Auburn University Department of Textile Engineering, September 1969, pp. 121-130 (with J.G. Sayre, E.M. Van Patten, J.L. Brown and G.H. Harmon).

"Quality Through Analysis," *Textile Industries 134,* pp. 64-72 (1970) (with the consulting staff of University Consultants Division, Optimal Systems, Inc.).

"Mill Tests of Sizing Material," *Proceedings of the Tenth Annual Textile Slashing Seminar,* Auburn, Alabama: Auburn University Department of Textile Engineering and Alabama Textile Operating Executives, September 8-10, (1970) pp. 135-145.

"Journals of Interests to the Textile Industry in the Ralph Draughn Library," *Auburn University Engineering Experiment Station Bulletin,* (with W.W. Morgan).

"Relation of Fiber Properties to Slashing," Chapter VIII, *Theory and Practice of Textile Slashing,* (J.C. Farrow, D.M. Hall and W.S. Perkins, editors).  Published by the Alabama Textile Operating Executives and the Textile Engineering Department, Auburn University, pp. 283-302. (1972).

14

DAVID MICHAEL HALL    (CONTINUED)

STATE OF THE ART PAPERS    (CONTINUED)

The Use of Microscopy in Slashing" Chapter IX, *Theory and Practice of Textil Slashing*, (J.C. Farrow, D.M. Hall and W.S. Perkins, editors). Publishe: by the Alabama Textile Operating Executives and the Textile Engineering Department, Auburn University, pp. 283-302, (1972).

"Recent Advances in Size Application and Removal," *Proceedings of the 12t: Annual Slashing Seminar*, Auburn University, Auburn, Alabama, September 12-14, 1972, pp. 55-61.

"Solvent and Hot Melt Slashing," *Textile Industries 137*, No. 1 (1973), pp. 30-32.

"Some Factors Affecting the Application of Size Materials to Textiles," *Proceedings of the 14th Annual Slashing Seminar*, Auburn University, September 10-12, 1974, pp. 90-99.  See also the *Textile Institute and Industry 14 (6)*, pp. 197-201, (1976).

"Cross-Sectioning Techniques as it Applies to Textile Slashing," *Proceedings of the 14th Annual Slashing Seminar*, Auburn University, September 10-12, 1974, pp. 100-104.

"Auburn Energy Savers Boost Boiler Efficiencies, Look at Solar Heating," *Textile World 125*, (June 1975) pp. 77-78, (See page 105 for ac- knowlegement).

"Solvent Slashing Update," *Proceedings of the 15th Annual Slashing Seminar*, Auburn University, September 9-11, 1975, pp. 118-121 (with Warren S. Perkins).

"Progress in Solvent Slashing", *Proceedings of the 16th Annual Slashing Seminar*, Auburn University, Auburn, Alabama, September 14-16, 1976, pp. 105-120 (with W.S. Perkins, et. al.).

"Same Factors Affecting the Application of Size to Textiles, *Textile Institute and Industry 14*, (No. 6) pp. 197-201 (1976).

"Will Textile Researchers Ever Solve the Secrets of Spiders' Spinnerette," *Textile World 127*, (#8) (1977) pp. 44-45 (with E.C. Mora and R.M. Broughton).

"Rayon, A New Look at an Old Fiber," *Clemson Review of Industrial Management and Textile Science*, Vol. XIX, (No. 1), Spring, 1980, pp. 45-60.

Back to Basics In Slashing", *Proceedings of the Textile Slashing Short Course*, Auburn University, Auburn, Alabama, Sept. 15-17, (1981), pp. 155-171.

DAVID MICHAEL HALL   (CONTINUED)

STATE OF THE ART PAPERS   (CONTINUED)                    Attachment 2

"The Case for Blended Sizes", *Proceedings of the Textile Slashing Short Course,* Auburn University, Sept. 20-22, pp. 153-169 (with R.S. Adams and B.M. Calloway).

"Squeeze Roll Pressure: Apply Them Carefully", *Textile World 133 (No. 11),* November, 1983, pp. 63,64 (with R.S. Adams and B.M. Calloway).

"Shuttleless Weaving Needs Tailored Sizes", *Textile World 134 (No. 5),* May, 1984, pp. 77-82 (with R.S. Adams and B.M. Calloway).

"Effect of Size Viscosity on Slashing", paper presented at *Slashing Today and Tomorrow Symposium,* Clemson University, November 14 and 15, 1987.

"The Use of Scanning Electron Microscopy for Problem Solving in Textiles - Part I Sizing", Proceedings of AATCC Symposium *Sizing: The Total Perspective,* N.C. State University, Raleigh, NC; mARCH 13 & 14, 1991.

"The Chemistry of Sizing Materials" PROCEEDINGS AATCC Warp Sizing Symposium, Hyatt Regency, Atlanta, Georgia, January 26-27, 1995.

"Money Saving Techniques for Solving Slashing Problems" (Filled in for Dr. J.R. Hunt). ATOE Slashing Symposium, Auburn University, September 21-22, 1995.

DAVID MICHAEL HALL   (CONTINUED)

OTHER SCIENTIFIC AND HISTORICAL PUBLICATIONS

HISTORICAL

Restoration by Redrawing –

"Map of Chambers County, State of Alabama, Exhibiting the locations o
Creek Reservations, under the Treaty of March 24, 1832 by John Jame:
Albert, Lieut. Col. ...Drawn by Lieut. Wash Hood, U.S. Army, Col."
... 31 x 42 inches (also reduced to half size 17 x 23 inches). Copy-
right 1974 by H. Ray Black and David M. Hall. -

"Map of Lee County, State of Alabama, Exhibiting the locations of Creek
Reservations, under the Treaty of March 24, 1832, by H. Ray Black and
David M. Hall (from period maps of John James Albert and Lieut. Wash
Hood," Limited Edition, Copyright by H. Ray Black and David M. Hall).

Various confidential papers and reports to textile and textile-related
industries and to the pulp and paper industries.

EXTENSION AND RELATED ACTIVITIES:

PRESENTED PAPERS

"An Electron Microscopy Study of Fibers and Starch," Southeastern
Electron Microscopy Society Spring Meeting, University of Florida,
Gainesville, Florida, April 10-11, 1970.

"Newer Methods of Fibers Identification and Analysis," Spring Meeting of
the Southern Association of Forensic Scientists, Auburn University,
Auburn, Alabama, April 17-18, 1970.

"Chemical/Mechanical Combination Treatments of Durable Press Cotton,"
Tenth Annual Laboratory, New Orleans, April 29 - May 1, 1970.

"A Scanning and Transmission Electron Microscopy Study of Pool Boiling
Surfaces," Fourth International Heat Transfer Conference, Paris,
Versailles, August 31 - September 4, 1970 (with G.H. Nix and R.I.
Vachon).

"Mill Tests of Sizing Materials," Tenth Annual Textile Slashing Seminar,
Auburn University, Auburn, Alabama, September 8-10, 1970.

"Dyeing of Polyester Fiber in Chlorinated Hydrocarbon Solvents," 7th
Middle Atlantic Regional Meeting, American chemical Society,
Philadelphia, Pennsylvania, February 16, 1972.

17

DAVID MICHAEL HALL    (CONTINUED)

PRESENTED PAPERS    (CONTINUED)

"Textile/Materials Engineering, A Strong Blend," Annual Conference, American Society for Engineering Education (Textiles-Materials Session), Texas Tech. University, Lubbock, Texas, June 20, 1972, (with C.L. Adams and W.A. Jemian).

"Recent Advances in Size Application and Removal," 12th Annual Slashing Seminar, Auburn University, Auburn, Alabama, September 12-14, 1972.

"Waxy Corn Starches: Effects of Chlorine Oxidation," Presented to the Carbohydrate Symposium on Starch Structure and Enzymology Section at the 57th Annual Meeting of the American Association of Cereal Chemistry, Miami, Florida, October 29 – November 2, 1972.

"A Light Comparison of Starch Granules as Seen by Both Scanning Electron and Ordinary Light Microscopy," Presented to the Microscopy and Cereal Structure Session at the 57th Annual Meeting of the American Association of Cereal Chemistry, Miami, Florida, Oct. 29 – November 2, 1972.

"A Fundamental Comparison of the Utility of Trichloroethylene and Perchloroethylene in the Application of Disperse Dyes to Polyester," to the Symposium on Textile Solvent Technology: Update 73. Sponsored by the American Association of Textile Chemist and Colorists, Atlanta, Georgia, January 10-11, 1973.

"Special Topics: Causes for Streaking in Carpet Yarns," Seminar: Context Division of G.R. Harmon and Associates, Consulting Engineers, Auburn, Alabama, April 13, 1974.

"Identification of Natural and Man-made Fibers," One day seminar presented to Alabama State Toxicology Laboratories, Auburn, Alabama, June 20, 1974.

"Application of Size to Yarn," 14th Annual Slashing Seminar, Auburn University, Auburn, Alabama, September 10-12, 1974.

"An Administrator's Concept of the Working Relationships Among University Academic Units," College of Home Economics, University of Tennessee, February 19, 1975.

"Textile Chemistry at Auburn," and "Principles and Practice of Textile Preparation," Point Aquarius at Alpine, Alabama, for American Assoc. of Textile Chemists and Colorists, March 15, 1975.

"Series of Lectures to the Northern Regional Research Laboratory (USDA ARS) Peoria, Illinois, March 20, 21, 1975, on Advances in Sizing and Finishing Technology of Textiles.

18

DAVID MICHAEL HALL    (CONTINUED)

PRESENTED PAPERS    (CONTINUED)

"Fundamental Problems in the Solvent Processing of Textile Materials" Seminar presented at the Shirley Institute, Didsbury (near Manchester England, November 25, 1975.

"The Practical Problems of Analyzing Fabric Faults with Case Studies on Tufted Carpets," Seminar presented to the Department of Textile Technology, Manchester, England, November 27, 1975.

"Textile Research at Auburn University," Seminar presented to the Department of Fiber and Polymer Science, University of Manchester Institute of Science and Technology, November 27, 1975.

"Textile Literature at Auburn" paper presented to the Textile Information Users Council, Georgia Tech., Atlanta, Georgia, October 6-7, 1976 (with N. Achee, Jr.).

"Progress in Textile Slashing," 1976 Slashing Short Course, Auburn University, September 12-14, 1976 (with W.S. Perkins et. al.).

"Fundamentals of Dyeing," Short Course on Bleaching, Dyeing and Finishing Fundamentals - Auburn University, Auburn, Alabama, 1977.

"Carpet Streaks, - - - Causes and Methods of Analysis," AATCC - South Central Section, Read House, Chattanooga, Tennessee, February 11, 1978.

"Solvent and Hot Melt Sizing," presented at the Professional Development Seminar, Clemson University, South Carolina, November 13-14, 1979.

"Fundamental Slasher Configurations," Textile Slashing Short Course, Auburn University, Auburn, Alabama, September 15-17, 1981.

"Back to Basics in Slashing," presented at the Professional Development Seminar Course "Slashing: Today and Tomorrow", Clemson University, November 10-11, 1981.

"Causes for Streaks in Carpets", presented at the Third Symposium on Solving Tufted Textile Problems: A Practical Approach, Auburn University, Auburn, Alabama, December 7-8, 1982.

"An Overview of Sizes", Textile Slashing Short Course, Auburn University, Auburn, Alabama, September 20-22, 1983.

"Quality Control in Textile Slashing", presented at the Professional Development Seminar Course---Slashing: Today and Tomorrow, Clemson University, November 14-16, 1983.

19

DAVID MICHAEL HALL   (CONTINUED)

PRESENTED PAPERS   (CONTINUED)

"Techniques for Solving Carpet Streak Problem", 19th Canadian Inter-
national Textile Seminar, Kingston University, Kingston Ontario,
Canada, June 5, 1984.

"The Basic Chemistry of Starch", Textile Slashing Short Course, Auburn
University, Auburn, Alabama, September 10-12, 1984.

"Advances in Textile Slashing", Clemson University's Symposium Slashing:
Today and Tomorrow, Clemson, South Carolina, November 27-28, 1984.

"Overview of Sizing Material", Textile Slashing Short Course, Auburn
University, Auburn, Alabama, September 9-11, 1985.

"Textile Slashing – A Primer", paper presented at the Slashing-Today
and Tomorrow Conference, Ramada Inn, Clemson, South Carolina, Nov.
19-20, 1985 (co-authored with Robert P. Walker).

"Overwaxing as a Method of Lubrication for Spun Yarns", South Carolina
Textile Association, Presbyterian College, Clinton, South Carolina,
March 7, 1986.

"Back to Basics in Textile Slashing", presented to the 20th Canadian
International Textile Seminar, University of Sherebrooke, May 26,
1986.

"Spun Yarn Fabrication: A Comparison of Overwax Application to Size
Box Application", presented at the AATCC International Conference
and Exhibit, Atlanta, Georgia, October 30, 1986 (with R.S. Adams).

"The Chemistry of Cellulose", paper presented at the Rayon/Acetate
Council Seminar at Clemson University, Clemson, South Carolina,
March 5-6, 1987.

"Factors Which Affect the Physical and Chemical Properties of Fibers",
Dow Chemical Company; Midland, Michigan, June 12, 1987.

"Propagation of Fires in Carpets," Florida Fire Marshalls, Tallahassee,
Florida, September 22-24, 1987 (with Roy M. Broughton).

"Possible Causes for Shedding of Sized Yarns on the Loom," Textile
Research Journal 57, (No. 10) October, 1987, pp. 614-615.

"Fundamentals of Slashing – Affect of Viscosity on Sizing" paper
presented at Clemson University – Slashing Today and Tomorrow
Symposium, November 17-18, 1987 (published in Proceedings of
Symposium).

20

DAVID MICHAEL HALL  (CONTINUED)

PRESENTED PAPERS  (CONTINUED)

"Textiles for Forensic Scientist" (A series of 10 color video tape cassettes for sale or rent - includes copies of Practical Fiber Identification and Chemical Testing of Textiles).  Copyright by Auburn University Engineering Extension Service (AUEES) Income is split 50/50 between AUEES and Textile Engineering Department (with Roy M. Broughton and Robert P. Walker). [Income to date $3640].

"Theory and Practice of Dyeing Rayon Fibers," (Rayon/Acetate Council presentation to Textile Section, School of Home Economics, Tennessee State University, Nashville, Tennessee, November 4, 1987.

"ITMA Review" - One day Symposium given to the Alabama Textile Industry on the International Textile Machinery Show - Paris, France (Nov. 24, 1987 - Conference Moderator).

"Cellulose Chemistry and Papermaking," (Rayon/Acetate Council Lecture) Institute of Paper Chemistry, March 21, 1991.

Numerous lectures to various Civic Clubs in Auburn, Opelika, Valley and LaFayette, Alabama on Textiles, recruiting and local history and genealogy topics (1991).

Proceedings of the Sixth and Seventh Symposium on Solving Tufted Textile Problems, (David M. Hall, editor) Auburn University Printing Service, Auburn, Alabama, 1988.

"Fundamentals of Starch Chemistry as it Relates to Size Technology," Proceedings: Slashing Today and Tomorrow - Clemson University, Clemson, South Carolina, November 16-17, 1988.

"Fundamentals of Starch Chemistry as it Relates to Sizing Technology," Slashing Today and Tomorrow Symposium, Clemson University, Clemson, South Carolina, November 17-18, 1988.

"Coloration of Polyester Resins Seminar," Ashland Chemical Company, Columbus, Ohio, February 3, 1988.

"Analysis of the Causes for Spots and Stains in Carpets," paper presented at "Solving Tufted Textile Problems - A Practical Approach," Symposium held at Auburn University, Auburn, Alabama, February 22-23, 1989.

Proceedings of the Sixth and Seventh Symposium "Causes and Analysis for Spots and Stains in Carpets," paper presented at the 8th Symposium on Solving Tufted Textile Problems, Auburn University, Auburn, Alabama, February 23, 1989.

DAVID MICHAEL HALL  (CONTINUED)

PRESENTED PAPERS  (CONTINUED)

Rayon/Acetate Council Lecturer Series, "Dyeing, Finishing and Printing of Cellulose Materials," a) University of North Alabama, Florence, Alabama, April 27, 1989; b) East Tennessee University, Nashville, Tennessee, May, 1989.

"The Chemistry of Cellulose," Rayon/Acetate Council Symposium, Mobile, Alabama, February 14, 1991.

"The Use of Scanning Electron Microscopy for Problem Solving in Textiles Part I: Sizing," presented AATCC Warp Sizing Symposium Sizing: The Total Perspective, North Carolina State University, Raleigh, North Carolina, March 13-14, 1991.

"Causes and Prevention of Streaks in Carpets," Carpet Yarn Spinners Association Annual Meeting, March 21, 1991.

"Methods for Analyzing Streaks in Carpets" Carpet Yarn Spinners Association Annual Meeting, March 21, 1991.

"A Tale of Two Colleges:  Partnerships in Continuing Education Out Reaching Industry, presented World Conference on Engineering Education, Helsinki, Finland, June 25, 1992 [with J.R. Wilbanks and C. Burton].

Series of 5 lectures on Textile Slashing, Forensic Textiles, Problem Solving Using SEM Techniques and Production of Flame Resistant Carbon Fibers given both to China Textile University (Shanghai) and Tianjin Textile University, PRC, June 15 - July 2, 1992.

"The Causes for Yellowing in Carpets" paper presented to the Carpet and Rug Institute Technical Conference, San Destin, Florida, October 1-3, 1992.

"The History of Lee County" workshop presented to Lee County Leadership Conference, Opelika, Alabama, October 8, 1992.

"The History of Chambers County" workshop presented to Chambers County Leadership Conference, Lafayette, Alabama, October 15, 1992.

"Inventiveness and Intellectual Recognition:  A Case Study" paper presented at the 18th Annual Meeting, Mid-South Sociological Association, Chattanooga, Tennessee, October 21-24, 1992, (with Arthur S. Wilke).

"Comparison of U.S. and Chinese Educational Systems", Symposium given to The Textile Engineering Department, Auburn University, Auburn, AL, Nov. 25, 1992, (with T. Brower).

DAVID MICHAEL HALL   (CONTINUED)

PRESENTED PAPERS   (CONTINUED)

"The Development of a New Carbonaceous Fiber and its Uses in Non-Woven Battings" paper presented at the TAPPI Non-Wovens Conference, Atlanta, Georgia, April 18-21, 1993 [with Brady, McCullough and Broughton].

"Some Causes for Yellowing in Textile Materials" paper presented to the Polyurethane Foam Association, Crystal Gateway Mariott, Arlington, Virginia, May 13, 1993.

"Room Temperature Dyeing of Polyester with Environmentally Friendly Swelling Agents" AATCC Student Paper, Fall Meeting, South Eastern Section, September 9, 1994, Columbus Hilton, Columbus, Georgia.

"The Chemistry of Sizing Materials" presented at Warp Sizing: Back to Basics, AATCC Symposium, Sheraton Century Center, Atlanta, GA, Jan. 26, 27, 1995.

"Techniques for the Analysis of Carpet Defect". F.C.I.T.S. Claims and Technical Symposium, Dalton, Georgia, September 26, 1995.

"Textile Waste Management Strategies", Holiday Inn, Callaway Gardens, GA, Sept. 7-8, 1995; a) Carpet Recycling/Recovery, b) Techniques for Rapid Fiber Identification; c) Fiber and Components Used in Carpets and d) Fiber Properties Which Influence Waste Utilization; (8:30-11:00, Sept. 8, 1995).

"Engineers as Consulting and Testifying Experts", Engineering Extension Service, Auburn University, Auburn, AL; Dec. 6-7, 1995. (Conference Organizer and Director of Instruction); (1) Preparing the Expert for (and giving) Depositions; (2) Effective Communication with Council: Assisting the attorney; and (3) Effective Use of Courtroom Graphics.

"Finishing Quarternized Cotton Cellulose", AATCC/International Conference and Exhibition, Opryland Hotel, Nashville, TN, Sept. 15-18, 1996.

"New Surface Characteristics of Textile Fibers Affect Their End Use Performance Properties", Tenth Annual Materials Research Conference, (Alabama EPSCoR), Auburn University, Sept. 18-19, 1996.

"Use of Light and Scanning Electron Microscopic Methods to Identify Ibex Goat and Tibetan Antelope Fibers", Tenth Annual Materials Research Conference, (Alabama EPSCoR), Auburn University, Sept. 18-19, 1996.

"Eliminating the Color, Salt and Alkalinity Content of Textile Wastewater in the Dyeing of Cotton/Rayon with Reactive Dyes", 12th Annual Alabama Water Resources and Deep South Envionmental Conference, Gulf State Park Resort Hotel and Conference Center, Gulf Shores, Alabama, April 13-15,1998 (with C.K. Rollins and W.K. Walsh).

"Challenging the Institutional Paradigm: The Case of *Shatoosh* and the Customs Office", 64th Annual Meeting, Southern Sociological Society – "Models in Sociology", Sheraton Atlanta Hotel, Atlanta, Georgia, April 4-7, 2001 (with Arthur S. Wilke)

23 b

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION

1976 Slashing Seminar, Auburn University (September 1976 paper Co-author and assistant).

46th Annual Textile Research Institute Research and Technology Conference, Commodore Hotel, New York City, New York, March 23-26, 1976.

Textile Information Users Council, Georgia Tech., Atlanta, Georgia, Oct. 6-7, 1976. (Paper Co-author).

Textile Fundamentals, Birmingham, Alabama, February 14, 1977 and October 23-26, 1978 (Speaker).

Effective Teaching Institute, Calloway Gardens, Georgia, March 24-25, 1977 (Co-organizer and Speaker).

Annual Slashing Seminar, Auburn University, (September 1977, 1978, 1979, 1980 (Assistant).

Analysis of Tufted Textile Problems, Auburn University, December 12-13, 1977, January 30-31, 1978 and November 7-8, 1978 and November 27-28, 1979, and December 11-12, 1979, December 2-3, 1980, December 7-8, 1981 (Speaker and Coordinator).

Bleaching, Dyeing and Finishing Fundamentals, Auburn University, Auburn, Alabama, August 8-10, 1978; August 7-9, 1979 (Instructional Staff).

Practical Fiber Identification, Auburn University, Auburn, Alabama, December 12 & 14, 1978, November 6, 1979, December 4, 1980 (Organizer and Speaker).

Solving Water Problems in the Textile Industry, Auburn University, Auburn, Alabama, May 20-21, 1980 (Organizer and Speaker).

Dyeing and Finishing Fundamentals, Short Course at Auburn University, Auburn, Alabama, August 4-6, 1981 (Instructional Staff).

Annual Textile Slashing Short Course, Auburn University, Auburn, Alabama, September 15-17, 1981 (Speaker).

Slashing: Today and Tomorrow, Professional Development Seminar, Clemson University, Clemson, South Carolina, November 10-11, 1981 (Speaker).

2nd Annual Symposium "Solving Tufted Textile Problems," Auburn University, Auburn, Alabama, December 8-9, 1981 (Organizer and Senior Chairman).

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION

"General Overview of Filament Sizing" *Slashing Update 1999. Conference Proceedings,* November 3 - December 1, 1999, Madren Conference Center, Clemson University, Clemson, S.C.

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION   (CONTINUED)

Textile Fundamentals Seminar, Auburn University, Department of Textile
Engineering, Auburn, Alabama, January 25-28, 1982 (Instructor).

Textile Slashing Seminar, Auburn University, September 14-16, 1982
(Speaker).

"Slashing: Today and Tomorrow," Seminar, Clemson University, Clemson,
South Carolina, November 10-12, 1982 (Speaker).

Textile Slashing Seminar, Auburn University, Auburn, Alabama, September
20-23, 1983 (Speaker).

"Slashing: Today and Tomorrow," Seminar, Clemson University, Clemson,
South Carolina, November 14-15, 1983 (Speaker).

Rayon/Acetate Council, Georgia Institute of Technology, February 23-24,
1984 (Speaker).

Effective Teaching Symposium, Command and General Staff College,
Leavenworth, Kansas, March 10-16, 1984 (U.S. Army).

Spring Meeting Southeastern Section AATCC, Quality Inn, Chattanooga,
Tennessee, March 22, 1984 (Speaker).

35th International Science and Engineering Fair, Ohio State University,
Columbus, Ohio, May 9-12, 1984 (Army Judge).

19th Canadian Textile Symposium International, Kingston University,
Kingston, Ontario Canada, June 3-5, 1984 (Speaker).

"Preparation Dyeing & Finishing of Textiles," 2 day Short Course,
Auburn University, Auburn, Alabama, August 7-9, 1984 (Instructor
and Course Organizer).

Auburn University Annual Slashing Seminar, September 10-12, 1984.
(Speaker).

"Slashing: Today and Tomorrow," Symposium on Textile Slashing, November
27-28, 1984 (Speaker).

Phi Psi Professional Development Meeting, Opp & Micolas Cotton Mills,
Opp, Alabama, April 16, 1985 (Organizer).

"Practical Fiber Identification," one day Short Course presented at
Auburn University, Auburn, Alabama, July 31, 1985 (Instructor and
Conference Organizer).

25

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION   (CONTINUED)

"Special Topics in Carpet Technology," three day Short Course presente
to Candlewick Yarn Division of Dixie Yarn, Dalton, Georgia, Septembe
18-19, 1985.

Auburn University, Annual Textile Slashing Short Course, Auburn
Alabama, September 9-11, 1985 (Speaker).

36th International Science & Engineering Fair at Shreveport, Louisiana,
May 7-11, 1985.

37th International Science & Engineering Fair at Fort Worth, Texas, May
13-16, 1986 (Army Judge)

Solving Tufted Textile Problems, A Practical Approach, Auburn
University, January 16-17, 1985 (Speaker and Conference Chairman and
Organizer).  (Also January 18-19, 1986, Conference Chairman and
Organizer).

"Keys to Enhancing Carpet Quality," two day Short Course, Dalton Junior
College, Dalton, Georgia, December 12-13, 1984, April 17-18, 1985,
August 14-15, 1985, December 12-13, 1985 and May 28-29, 1986.
(Instructor and Conference Organizer).

"20th Canadian Textile Seminar, International," Sherebrooke University,
Ontario, Canada, May 26, 1986 (Speaker).

South Carolina Textile Symposium, Presbyterian College, Clinton, South
Carolina, March 7, 1986 (Speaker).

"Carpet Manufacturing Essentials," two day Short Course, Dalton Junior
College, Dalton, Georgia, August 19-20, 1986 (Instructor and
Conference Organizer).

"Textiles for Forensic Scientist," three day Short Course for
Criminalistics and Forensic Scientist, Auburn University, Auburn,
Alabama, August 26-28, 1986 (Instructor and Conference Organizer).

AATCC International Conference and Exhibit, Atlanta, Georgia, October
27-30, 1986 (Speaker).

"Military Textiles," two weeks military training in clothing and
textiles with U.S. Army Natick Research, Development and Engineering
Laboratory, August 3-14, 1987.

Textile Slashing Short Course, Auburn University, Auburn, Alabama, Sept.
15-17, 1987.

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION   (CONTINUED)

Annual Meeting, Rayon/Acetate Council, Atlanta, Georgia, June 14-15, 1987.

Phi Psi Alumni Meetings - December 1987 and March 1988.

Organizer and Symposium Chairman - Eighth Symposium: Tufted Textile Problems, Auburn University, Auburn, Alabama, Feb. 22-23, 1989 (100 attendees).

Speaker - Symposium on Cellulose-Rayon/Acetate Council, Kingston, Tennessee, April 12-14, 1989 (60 attendees).

"Dyeing and Finishing of Rayon," Rayon/Acetate Council Lecturer, University of North Alabama, Florence, Alabama, April 27, 1989, (40 attendees).

Army Judge - International Science and Engineering Fair, Pittsburgh, Pennsylvania, May 9-13, 1989 (over 1,000 students).

Rayon/Acetate Council Symposium, "Chemistry of Cellulose" Courtaulds Plant, Mobile, Alabama, February 14, 1991.

AATCC Warp Sizing Symposium, <u>Sizing: The Total Perspective</u>, "The Use of Scanning Electron Microscopy for Problem Solving in Textile Part I - Sizing", NC State University, Raleigh, NC, March 13 & 14, 1991.

Session I, "Analysis & Prevention of Streaks in Carpets", Carpet Yarn Spinning Association, Chattanooga, TN; March 21, 1991.

Session II, "Quality Control Methods for Preventing Carpet Defects", Carpet Yarn Spinners Association, Chattanooga, TN; March 21, 1991.

"Early History of East Alabama", One day workshop for Lee County Area Council of Governments, Opelika, Alabama, September 26, 1991.

"Battling Academic and Corporate Fortresses: A Case Study in Guiding Inventions to Innovative Stages" 55th Annual Meeting of the Southern Sociological Society, Clarion Hotel, New Orleans, LA, April 9-12, 1992 [with A. Wilkie].

Recent Advances in Textile Materials for Filter Application American Filtration Society, Dixie Chapter Meeting, Jekyll Island, GA, April 31 - May 1, 1992.

"LaFayette, Alabama - A Profile" 60 slide show developed for Training Social Workers under Auburn Unviersity's Kellogg Grant, March, 1992.

DAVID MICHAEL HALL   (CONTINUED)

SHORT COURSE AND CONFERENCE PARTICIPATION   (CONTINUED)

"Prevention of Carpet Streaks" Two day workshop for Columbus Mills, Columbus, GA, April 24-25, 1992.

"Keys to Enhancing Carpet Quality". Two day shortcourse at Dalton College, Dalton, GA, April 28-29, 1992.

"A Tale of Two Colleges: Partnerships in Continuing Education Out Reaching Industry, presented to five universities, World Conferenc on Engineering Education, Helsinki, Finland, June 25, 1992 [with J.R. Wilbanks and C. Burton].

"The Causes for Yellowing in Carpets" paper presented to the Carpet and Rug Institute Technical Conference, San Destin, Florida, October 1-3, 1992.

"The History of Lee County" workshop presented to Lee County Leadersh. Conference, Opelika, Alabama, October 8, 1992.

"The History of Chambers County" workshop presented to Chambers Count Leadership Conference, LaFayette, Alabama, October 15, 1992.

"Inventiveness and Intellectual Recognition: A Case Study" paper presented at the 18th Annual Meeting, Mid-South Sociological Association, Chattanooga, TN, October 21-24, 1992 (with Arthur S. Wilke).

"Textile Waste Management Strategies", Holiday Inn, Callaway Gardens, Callaway Gardens, GA; Sept. 7-8, 1995.

"Engineers as Consulting and Testifying Experts", Engineering Extensio: Service, Auburn University, Dec. 6-7, 1995; (Conference Organizer and Director of Instruction).

"12th Annual Alabama Water Resources and Deep South Envionmental Conference", Gulf State Park Resort Hotel and Conference Center, Gulf Shores, Alabama, April 13-15, 1998; (presented paper with C.K. Rollins, and W.K. Walsh).

"General Overview of Filament Sizing" *Slashing Update 1999. Conference Proceedings,* November 3 - December 1, 1999, Madren Conference Center, Clemson University, Clemson, S.C.

"Challenging the Institutional Paradigm: The Case of *Shatoosh* and the Customs Office", 64th Annual Meeting, Southern Sociological Society – "Models in Sociology", Sheraton Atlanta Hotel, Atlanta, Georgia, April 4-7, 2001 (with Arthur S. Wilke)

28

DAVID MICHAEL HALL    (CONTINUED)

POSTER SESSIONS

"Formaldehyde Free Cross-Linking of Cellulose."  Fourth Annual NTC
    Forum, North Carolina State University, January 24-25, 1996. (With
    Chad K. Rollins, et. al.).

"How Surface Characteristics of Textile Fibers Affect Their End Use
    Performance Properties."  Tenth Annual Materials Research Conferenc
    (Alabama EPSCoR), Auburn University, September 18-19, 1996 (With Cha
    K. Rollins).

"Use of Light and Scanning Electron Microscopic Methods to Identify Ibe
    Goat and Tibetan Antelope Fibers." Tenth Annual Materials Research
    Conference (Alabama EPSCoR), Auburn University, September 18-19, 199
    (With Chad K. Rollins).

DAVID MICHAEL HALL   (CONTINUED)

GRANTS AND SPONSORED RESEARCH PROJECTS

"A Study of Cellulose Derivatives", National Science Foundation, $20,00
—two years (1966-68). Principle Investigator.

"A Photomicroscopy Study of Starch", Auburn University Grant-in-Aid,
$2,700 - two years (1966-68). Principle Investigator.

"A Synthesis and Study of Model Compounds of Cellulose", Auburn
University Engineering Experiment Station, $13,000 -- two years
(1965-67). Principle Investigator.

"Improvement of the Abrasion Resistance of All-Cotton Fabrics by
Chemical and Mechanical Treatments", USDA/Southern Regional Research
Laboratory, $82,000 -- two years (1968-70) Principle Investigator.

"A Study of Library Holdings in the Ralph Draughon Library Related to
Textiles", Auburn University Engineering Experiment Station, $500 -- one
year (1970). Co-principle Investigator with Industrial Engineering
Department.

"Undergraduate Assistance in Textile Research", J. P. Stevens Foundation
Grant through J. P. Stevens Company, $1,000 -- (1969-70). Principle
Investigator.

"Studies in Sizing", Callaway Foundation Grant through Dixie Size and
Chemical Company, $500 -- one year (1969-70). Principle Investigator.

"Pilot Plant Application of Wet Fix Durable Press Treatments for Cotton
Fabric", Southern Research Institute, $2,000 -- one year (1970).
Principle Investigator.

"A Synthesis of Model Compounds of Cellulose", Auburn University
Engineering Experiment Station, $2,145 -- one year (1971). Principle
Investigator.

"A Study of the Configuration and Chemistry of Heat Transfer Surfaces",
Auburn University Grant-in-Aid, $1,850—two years (1970-71). Co-
principal Investigator with Mechanical Engineering.

"Conservation of Water and Reduction of Pollution by Use of Solvent
Systems for Coloring of Textile Materials", Water Resources Institute,
$17,500 -- two years (1970-72). Principle Investigator.

"Use of Solvent Dyeing Systems in Textiles to Conserve Water and Reduce
Waste Water Volume", $19,562 -- one year (1972-73), Water Resources
Research Institute. Principle Investigator.

DAVID MICHAEL HALL   (CONTINUED)

GRANTS AND SPONSORED RESEARCH PROJECTS   (CONTINUED)

"Stability of Glass Fiber-Plastic Composites," Army Missile Command, $26,000-one year (1972-73). Co-principle Investigator with Mechanical Engineering.

"A Study of Cellulose, "Auburn University Experiment Station $12,000 one year (1973). Principle Investigator.

"A Study of High Intensity Light Emissions on the Degradation of Polyamide Fibers and Films, "$3,000-one year (1974-75) Auburn University Grant-in-Aid, Co-principle Investigator.

"Reduction of Water Pollution by Use of Solvent Based Application of Warp Sizes in the Slashing Process, "$54,575-20 months (1975-76) Environment Protection Agency Grant. Co-principle Investigator.

"An Investigation into the Nature of Spider Silk", $1,925-12 months (1976-77), Auburn University Grant-in-Aid, Co-principle Investigator.

"Undergraduate Assistance in Graduate Research, "J.P. Stevens Foundation Grant through J.P. Stevens Company, ($300) (1978).

"Model Compounds of Cellulose", ITT Rayonier, Research Grant,($5,000), (1979).

"Effect of Reversing the Amide Chromophore on the Dye Properties of the Napthol As Series". ($15,000), Auburn University Engineering Experiment Station (1979). Principle Investigator.

"Teach the Teachers-Measuring and Improving the Efficiency of Boilers," ($78,000), Alabama Energy Extension Service, 1979, Co-principle Investigator with Mechanical Engineering Department.

"Reduction of Energy by use of Ultrasonics in Textiles Processes", Auburn University, Grant-in-Aid, ($2,000) (1979). Co-principle Investigator.

"A Study of the Use of Ultrasonics for Reduction of Energy Requirements for Textile Processes" $2,000, Auburn University Grant-in-Aid, (1980). Co-principle Investigator.

"Boiler/Steam Efficiency Improvement Program", $103,330 (Mechanical Engineering Department of Auburn University). Co-principle Investigator Terminated October, 1980.

"Water Conservation by Mechanical Chemical Treatments to Desize Textile Fabrics," $116,373. Terminated February 28, 1982 (U.S. Department of Interior). Co-principle Investigator.

31

DAVID MICHAEL HALL   (CONTINUED)

GRANTS AND SPONSORED RESEARCH PROJECTS   (CONTINUED)

"Water Conservation Technology Transfer to the Textile Industry in the Southeastern U.S., $11,000.  Terminated September, 1982.  (U.S. Department of Interior).  Co-principle Investigator.

"Preparation of Model Compounds of Cellulose which can be used to Stud Cellulose Reactions", 2 years; $32,205; Engineering Experiment Statio (terminated September, 1981).

"Evaluation of an Experimental Antistatic Fiber", Dow Chemical Co., ($7,261) 6 months, 1986.

"Evaluation of an Experimental Fiber Having Ion Exchange Properties", Dow Chemical Co., ($9,471.00) 6 months, 1986.

"Study of An Antimicrobial Additive to Melt Spun Polymers", Interface Research Corporation, ($3,981.00) 6 months, May-November, 1986.

"Improving the Wear Life of Yarns and Fabrics Using Dow Chemical Co. Technology", Dow Chemical Company USA, 12 months, $20,000 (1987).

"Evaluation of Experimental Fibers Having Ion Exchange Properties", Dow Chemical Company USA, 12 months, $14,000 (1987).

Grant to Textile Engineering-$30,000, Dow Chemical Company USA (1987-88)) used to improve facilities of the Analytical Instruments Laboratory.

"Thermobonder Gift", Dow Chemical Company USA (approximate value $50,000).  Arranged through Dow Chemical Co. USA, Freeport, Texas in 1988, used to upgrade the nonwovens laboratory.

"Sample Preparation, Measurements and Characterization", 9-21-88 to 12-31-90 ($55,000) (Account #4-21290).  This is a continuation of a previous grant for $31,000.

Department of the Army "Study Radar and Microwave Attenuation Using Textile Structures," beginning 8-04-89 ending 9-03-91. (Account #4-21486) $328,212 (2 years).

U.S. Navy -" Air Crew Personal Protective Clothing for Use in Extreme Cold Weather", $566,000 [Verbal notification of acceptance received April 1990] (with Lisa Christman, Lou Slaten, Roy Broughton & others).

National Textile Center (U.S. Department of Commerce) "A Fundamental Study of the Chemsitry and Properties of Quarternized Cotton Cellulose and it's Use to Develop a Non Formaldehyde Wash Wear Textiles Having Superior Easy Care Properties," ($103,283), March 1995 - Feb. 1996), (with W.K. Walsh).

DAVID MICHAEL HALL    (CONTINUED)

GRANTS AND SPONSORED RESEARCH PROJECTS    (CONTINUED)

"A Fundamental Study of the Chemistry and Properties of Quarterized Cotton Cellulose and its Use to Develop Non-Formaldehyde Wash/Wear Textiles Having Superior Easy Care Properties", National Textile Center (NTC) Grant A95-8, $120,000, 1995. [See Research Briefs, NTC May 1995, (pg.18). December 1995 (pg.21); May 1996 (pg.18) and Annual Report Aug. 1995 (pg.51)].

DAVID MICHAEL HALL   (CONTINUED)

UNIVERSITY COMMITTEES

School of Engineering Library Committee 1966/Present.
School of Engineering Self Study-Research Subcommittee 1971.
Special Committee to Select the Assistant Dean of Engineering 1972
School of Engineering-Effective Teaching Committee 1970/Present.
Effective Teaching Institute Committee (Southeastern Section to
ASEE~RMS Division) 1971/Present.
Auburn University Representative to Alabama Water Resources
Institute Council (1976).
School of Engineering Scholarship Committee (appointed 1974).
School of Engineering Teaching Effectiveness Committee (appointed
1974).
School of Engineering Faculty Council (appointed 1976, President
1976-1977 and 1994-1995).
School of Engineering Tenure and Promotions
School of Engineering Faculty Advisory Extension Committee
Chairman-Copyright Appeals Committee
University Effective Teaching Committee

EXPERIENCE

Technical Abstractor for the Textile Institute of France, 1971/
Present.
Book Reviewer for *Textile Industries*.
Reviewer for Papers from *Southern Regional Research Labs-USDA*.
Reviewer for *Clemson Review of Textile Management and Textile Science*.
Reviewer for *Textile Research Journal*.
Reviewer for *Industrial and Engineering Chemistry*.
Evaluator-Invention disclosures-Office of Energy Related
Inventions National Bureau of Standards.
Member-Chambers County Forestry Planning Commission.
Reviewer: 1. Textile Research Journal
         2. National Bureau of Standards-Energy Related
            Inventions.
Editor-Symposium Proceedings, Solving Tufted Textile Problems.

PROFESSIONAL LISTINGS

Alpha Phi Omega (Service).
Phi Psi (Textile Honorary and Professional) Sigma XI Research
(Full Member).
American Association of Textile Chemist & Colorist (Seniormember)
Fiber Society (Member).
National Society of Professional Engineers (President of Auburn
Chapter).
Textile Institute (England) (Fellow).
Society of Dyers and Colorists (Corporate Member),(Fellow).

DAVID MICHAEL HALL    (CONTINUED)

SERVICE AND FRATERNAL ORGANIZATIONS

> Member Elks
> Knights of Columbus (Grand Knight 1970,1977, District Deputy
> 1972-1975, State).
> Program Chairman, 1975, State "Knight of the Year", 1975.

CONSULTING EXPERIENCE

PARTIAL LIST OF CLIENTS:  1965-PRESENT

ABCO Industries
Action Testing & Consulting Laboratory
Adelaide Mills
Alabama Industry for the Blind
Alladin Mills
Alexandria International
American Carpet Mills
American Cynamid
American Emulsions, Inc.
American Hyper Form
American Maize Products
Apex Corporation
Apex International
Ashland Chemical Company
Auburn University
Austin Carpet Mills
Avondale Mills
Barrett Carpet Mills
Baltic Linen Co.,Inc.
B.B. Design
Benchmark Carpets
Bennytex Carpets
Bentley Carpets
Best Manufacturing
Better Backers,Inc.
B.F. Goodrich Co.
Bigelow Carpets
Bigelow-Sanford,Inc.
Blue Ridge Carpet Mills
Boaz Carpet Yarns,Inc.
Bradlee International
Bravo Carpets
Bremer County Mutual Insurance Association
BuckCreek Industries
Burlington Industries
Caladon Industries
Calhoun (Ala.) Country Board of Education

35

DAVID MICHAEL HALL    (CONTINUED)

CONSULTING EXPERIENCE (CONTINUED)

Candlewick Yarns
Cardova Spinners
Carolina Mills, Inc.
Carpet & Rug Inst.
Cartersville Spinning Co.
Carriage Carpets
Celanese Fibers
Century Carpets Mills
Chemsize, Inc.
Charles Craft Corporation
Colonial Properties, Inc.
Columbus Mills
Commercial Advisory Assoc., Inc.
Commercial Testing Company
Crain Southern
Crown Textiles
Cumberland Mills
Cunning & Associates
Dan River Mills
Desoto Falls Carpet Mills
Dimension Carpets
Dixie Carpets
DiversiTech General
Diversified Products
Dow Chemical Company USA
Downtowner Motor Inn
Dundee Mills
Durkam Patterned Carpets
Eastman Chemical
E & B Carpets
Ecology, Inc.
Elastic Corporation of America
Elijay Carpets
E. R. Carpenter
Ethyl Corporation
Fiberlok
Fibermakers, LTD.,(Victoria, Australia)
Fleetwood Homes of Tennessee
Flint River Textiles
Paul W. Freund
Fuller Brush Company
G. Hirsch & Co., Inc.
G. Tees,. Inc.
Galleon
Galaxy Carpet Mills
General Corporation
Georgia Carpet Finishers
Georgia Synthetics, Inc.

DAVID MICHAEL HALL   (CONTINUED)

CONSULTING EXPERIENCE (CONTINUED)

Gerlinger Equipment Co., Inc.
Gilmore Trading Corporation
GTR Coated Fabrics Company
Hale & Dorr
Harmon Engineering
Harve' Bernard Ltd.
Hawthorne Industries
Helios Carpet Company
HGR Associates
HighPoint Schaer
Hollytex
Horizion Industries, Inc.
HSD Division Holiday Inns
Hunt Textile Chemicals
Image Yarns
Indian Springs Spinning Corporation
Inman Mills
Interface Flooring Systems
Integrated Products
Iowa Insurance Guananty Assoc.
James Stevens Company
J & J Industries
Johnson County, Kansas
Jolly Textiles
Jordan Mills
Kanebo Spinning, Inc.
Kaplan Building Systems
Karastan-Bigelow
Kel Chemicals
Kendall Mills
Kirsch Fabrics, Inc.
Lea Manufacturing Company
Lenmar Chemical Corporation
AltonLeib, A Professional Corporation
Leonard, Peterson & Company
Liberty Trousers
R. P. Lewis Company
Lowes Carpet
Ludlow Carpets
McCoy-Ellison
Madden-McFarland Interiors Ltd.
Mannington Carpets
Mark Christopher Carpets
Martin ColorFi
Marriott Corporation
Meadows Carpets
Michelle Tufting Corporation
Mid-American Yarn Mills

37

DAVID MICHAEL HALL   (CONTINUED)

CONSULTING EXPERIENCE (CONTINUED)

Midway Corporation
Milliken & Company
Modern Fibers
Mohawk Carpets
Monsanto Fibers Company
Morgan Services, Inc.
Mycol's Carpet & Floor Covering, Inc.
National Bureau of Standards
National Screen Printers
North Chemical
Novalis Fibers
Old Point Richie Village Apts.
Opelika Manufacturing Corporation
Opp & Micolas Mills
Omi Georgia, Inc.
Penta Fab, Inc.
Pfifer Wire Products
Philadelphia Carpet Company
Phil Chem
Polyurethane Foam Assoc.
Princeton, Inc.
PSC, Inc.
Queen Carpet Corporation
Reagent Carpet Mills
Rhone-Poulenc
RHS Carpet Mills
Richmond Carpets
Riverside Mills
Robertex, Inc.
Rossville Yarns
R. P. Lewis Company
Rushton & Stakely, Johnston & Garrett
Russell Mills, Inc.
S & S Mills
Saxony Manufacturing, Inc.
Seydell Woolley Company
Shadow Glen Golf Course
Shaw Industries
Shaw Investigations, Inc.
Shuford Mills
A. M. Smyre Manufacturing Company
Southern Property Management
Standard-Coosa-Thatcher
State of Alabama Forensics Laboratory
Stratojac
Stratton Industries
Strudex Fibers (Waterlook, Ontario, Canada)
Swift Textiles

38

DAVID MICHAEL HALL   (CONTINUED)

CONSULTING EXPERIENCE (CONTINUED)

Sunrise Carpets
Talladega Manufacturing, Inc.
Tape Craft Corporation
Talston Mills, Inc.
Textile Light Chem. Co.
Textile Rubber & Chem. Co.
Textile Vacuum Extractor Company
Texture Tex., Inc.
Texas Shirt Company
Tennessee Textiles (Bemis Company)
Templon Spinning Mills
Tice Yarns
Trend Carpet Mills
Triad Yarn Dyeing, Inc.
Trocme Vallart Industries
Twin City Testing Company
Twin River, Inc.
Uniroyal-Goodrich, Inc.
U. S. Rubber Company
Uniroyal, Inc.
United Textiles, Inc.
Vanity Fair
Walker Carpeting, Inc.
Waverly Mills
Wayne-Tex, Inc.
Wehadkee Yarns Mills
Welco Business Carpets
Westek, Inc.
Western Yarns
Westin Hotels & Resorts
WestPoint Pepperell, Inc.
White Water, Inc.
Wisenbacker Carpets, Inc.
World Carpets
Yarn Tex., Inc.                        SINCE 1996

Advance Research and Testing
American Renewable Resources          American Floor Covering Institute
Aquadyn.
Carlton Inc.                          Brown and Demare'
Johnson Industries                    Ideal Dyeing and Finishing
M. A. Spearman                        Kimberly Garcia
Narrow Fabrics America (NFA)          Meadowcraft
Prochromo Technologies                Paul Flannigan
Star Technologies                     SC Johnson
Tuscarora Inc.                        Testing Services Inc.
Wellington Sears                      Tyco
                                      WestPoint Stevens

39

DAVID MICHAEL HALL   (CONTINUED)

ATTORNEYS

Alton Leib
Ancher & Howell                                      Beverly Hills, CA
Anderson, Coe & King                                 Cartersville, GA
Benjamin E. Pool                                     Baltimore, MD
Bingham, Danna & Gould                               Montgomery, AL
Brown, Malman & Salmon                               Boston, MA
Capbell, Howard, Knage & Cobbs                       Miami, FL
Camp, Jones, Johnson, O'Neil & Hall                  Montgomery, AL
Chandler, Tullar, Udall & Redhair                    Ft. Worth, TX
Cobb Gugino and Williamson                           Tuscon, AR
Copeland, Franco, Screws & Gill                      Las Vegas, NV
Crews, Corbern, Watson & Murchison                   Montgomery, AL
Decker, Jones, McMackin, McClune,                    Natchitoches, LA
Hall and Bates
E. Ray Large                                         Fortworth, TX
Filmore & Camp                                       Birmingham, AL
Floyd, Keener, Cusimano & Roberts, P. C.             Ft. Worth, TX
Fowler, White, Gillen, Boggs,                        Gadsden, AL
Villareal and Banker
Gunn & Kukkner                                       Tampa, FL
Hale & Dorr                                          Houston, TX
Hale, Hughes & Teague                                Boston, MA
Hare, Wynn, Newell & Newton                          Mobile, AL
Hine & Carroll                                       Birmingham, AL
Holmes & Edmonds                                     Rome, GA
Hughs & Hill                                         Virginia Beach, VA
Jemison & Mendelsohn                                 Dallas, TX
Jolley, Urga, Wirth & Woodburry                      Montgomery, AL
Tom Jones                                            Las Vegas, NV
Kinney & Kemp                                        Auburn, AL
Kirpatrick & Cody                                    Dalton, GA
Kuehne, Moore & Doss                                 Atlanta, GA
JohnLezdey&Associates                                Dallas, TX
Jones, Boykin & Associates                           Collingswood, NJ
Lane, O'Brien, Caswell & Taylor                      Savannah, GA
Lord, Bissell & Brook                                Atlanta, GA
McDaniel, Hall, Parson & Conerly                     Chicago, IL
McDaniel, Fleming & Morehead                         Birmingham, AL
McFadden, Riley & Parker                             Pensacola, FL
Miller, Morton, Caillat & Nevis                      Mobile, AL
Mitchell, Mitchell, Coppedge & Boyette               San Jose, CA
Jim Morgan                                           Dalton, GA
Niles, Hansen, Selbo, McGill & Davis Ltd.            Birmingham, AL
Paxton, Crow, Bragg, Smith & Keysar,P.A.             Fargo, ND
Phillips, McElyea, Walker & Carpenter PC             West Palm Beach, FL
Phillips, Niger, Benjamin, Krim & Ballon             Camdenton, MO
Pierce, Jeff L.                                      New York, NY
                                                     Planto, TX

40

DAVID MICHAEL HALL    (CONTINUED)

ATTORNEYS (CONTINUED)

| | |
|---|---|
| Pool, Benjamin E. | |
| Powell, Goldstein, Frazer & Murphy | Montgomery, AL |
| Powell, Powell & Powell | Atlanta, GA |
| Reese & Reese | Crestview, FL |
| Rhode & Qualey | Dadeville, AL |
| Robert Rumsey | Newyork, NY |
| Rogers, McGruder & Holt | Talladega, AL |
| Rushton, Stakely, Johnston & Garrett | Rome, GA |
| Skidmore, Owings & Merrill | Montgomery, AL |
| Somers & Altenbach | Chicago, IL |
| Stone, Patton & Kierce | Atlanta, GA |
| Stophel & Stophel | Bessemer, AL |
| Sugarman, Wallace, Manheim & Schoewald | Chattanooga, TN |
| Testa, Hurwitz & Thibeault | Syracuse, NY |
| Walker, Hill, Adams, Umbach & Henderson | Boston, MA |
| Wells & Breaux | Opelika, AL |
| Mike Williams | New Orleans, LA |
| Wilson & King | Auburn, AL |
| Wolf, Greenfield & Sacks | Jasper, AL |
| Woods, Rogers & Hazelgrove | Boston, MA |
| | Roanoke, VA |

## ATTORNEYS SINCE 1996

| | |
|---|---|
| Beasley and Allen | Montgomery, AL |
| Boult, Cummings, Conners & Berry | Nashville, TN |
| Burns & Levision | Boston, Mass |
| Chambliss, Bahner & Stophel, PC | Chattanooga, TN |
| Enterprise Law Group | Menlo Park, CA |
| David S. Sommers | Houston, TX |
| Lathrop and Gage PC | Overland Park, KA |
| Lessler & Lessler | South River, NJ |
| Lola S. Lea | Freeport, MA |
| Marlow, Connell, Valerius, Abrams et. al. | Miami, FL |
| Michienzie & Sawin LLC | Boston, MA |
| Peter A. Miller | Little Rock, AR |
| Pilcher & Pilcher PC | Selma, Alabama |
| Shook, Hardy & Bacon LLP | Houston, TX |
| Squadron, Ellenoff, Plesent & Sheinfield, LP | New York, NY |
| Sullivan & Liapakis PPPC | New York, NY |
| Sullivan, Papain, Block, Mcgrath & Cannovo PC | New York, NY |
| Sutherland, Asbil & Brennan LLP | Atlanta, GA |