IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION



| | | |
|---|---|---|
| ERIC WASINGER,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | NO. SA-01-CA-01056-RF[1]<br>Western District of Texas<br>San Antonio Division |
| LEVI STRAUSS & CO.<br>*Defendant.* | §<br>§<br>§ | 3:05mc3251-F |

### ORDER GRANTING PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM

Pursuant to FED. R. CIV. P. 26(c) and to the extent applicable, Rule 45(3)(A), Plaintiff Eric Wasinger has moved for a protective order and to quash a subpoena *duces tecum* served by Defendant, Levi Strauss & Co. upon Dr. David M. Hall, through the Clerk of the United States District Court for the Middle District of Alabama, Eastern Division.

Plaintiff's Motion reveals that Dr. Hall is a co-inventor of the patent in issue, United States Patent No. 5,366,510 (the "'510 Patent"). Dr. Hall is listed as one of Plaintiff's experts. He was previously deposed in this case in October and November 2002, for approximately seven hours. He was already required to produce all of his records relating to his engagement as an expert witness and any testing of Levi Strauss garments on that occasion.

There is no request for a deposition of Dr. Hall – only the subpoena for records, commanding Dr. Hall to a broad range of documents, textbooks and other paper he has authored over a period of some 40 years. Dr. Hall's resume shows he is the inventor (or co-inventor) of some 30+ patents in fiber or textile related processes; that he has authored at least 50 research

---

[1] This Motion concerns a case pending in a district other than the one in which said Motion is filed. Concurrently with the filing of this Motion to Quash, Plaintiff (as Movant) is filing a Motion for Protective Order in the principal action, which is pending before the Hon. W. Royal Furgeson, United States District Judge, Western District of Texas, San Antonio Division.

papers, many of them in fields directly or at least indirectly related to the subject; and that he has published approximately 30 "state of the art" papers in related fields. He has taught/participated in numerous seminars and presentations over the course of his career.

Having examined the subpoena, and having considered Plaintiff's Motion and Defendant's response, the court finds that the subpoena is excessive, overly broad, and therefore harassing. The court finds that the subpoena should be quashed, and it is therefore,

ORDERED: Plaintiff's Motion for Protection is Granted. The subpoena heretofore served on Dr. David Hall is quashed.

Signed this ___ day of _____, 2005

_____
United States District Judge