IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 MAY 31  P 1: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| ERIC WASINGER,<br>*Plaintiff* | § § § | |
| v. | § § § | NO. SA-01-CA-01056-RF<br>Western District of Texas<br>San Antonio Division |
| LEVI STRAUSS & CO.<br>*Defendant.* | § § | 3:05MC3251-F |

### REQUEST/MOTION TO <u>WITHDRAW AS MOOT</u>
### PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM

Plaintiff hereby <u>withdraws</u> it Motion to Quash Subpoena duces tecum served by Defendant, upon Dr. David M. Hall. The Motion arises out a case pending before the Hon. W. Royal Furgeson, United States District Judge, Western District of Texas, San Antonio Division. Concurrently with the filing of this Motion to Quash, Plaintiff (as Movant) filed a Motion for Protective Order in the principal action. Plaintiff and Defendant are conferring on the issues raised in Plaintiff's Motion. The parties have reached an agreement that only if the substance of Plaintiff's objections to the subpoena *cannot* be resolved by agreement, they will rely on the Motion for Protective Order in the Western District of Texas for resolution by the court there, thus rendering moot any further proceedings before this Honorable Court.

This withdrawal is with the consent and concurrence of the Defendant, through Mr. J. Donald Best, one of its counsel of record.

Dated: May 23, 2005

Bernard Wm. Fischman
State Bar No. 07043500
13300 Old Blanco Rd., Suite 175
San Antonio, Texas 78216
(210) 476-8484
(210) 476-8487 facsmile
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2005, true and correct copies of the foregoing instrument were served on the following person(s) via one or more of the following means: email and/or certified mail, return receipt requested.

Mr. Peter G. Carroll
Medlen & Carroll
300 Congress Street, Suite 404
Quincy, Massachusetts  02169
(617) 984-0616
(617) 984-0617 facsimile
Email:  pgcarroll@medlencarroll.com

Mr. Mario Barrera
Bracewell & Patterson
800 One Alamo Center
106 S. St. Mary's, Suite 800
San Antonio, Texas  78205-3603
(210) 226-1166
(210) 564-5455 facsimile

Mr. J. Donald Best
Michael Best & Friedrich, LLP
One S. Pinckney St., Suite 700
Madison, WI 53703
(608) 257-3501
(608) 283-2275 (facsimile)
Email: jdbest@michaelbest.com

_____
Bernard Wm. Fischman