IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC WASINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | 3:05-MC-3251-F |
| | ) | |
| LEVI STRAUSS & CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause shown, it is

**ORDERED** that the *Request/Motion to Withdraw as Moot Plaintiff's Motion to Quash Subpoena Duces Tecum* (Doc. 2, filed May 31, 2005), docketed as a Motion, is hereby GRANTED. Accordingly, Plaintiff's *Motion to Quash* (Doc. 1, filed May 13, 2005), having been withdrawn, the Clerk is DIRECTED to terminate the Motion and close the case opened in this court.

Done this 1st day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITEDSTATES MAGISTRATE JUDGE